IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO STAR LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE WELSH GOVERNMENT, *et al*., <br><br> Defendants. | Civil Action No. 15-CV-1167 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Caroline C. Maxwell, hereby move this Court for an Order for admission to practice Pro Hac Vice as counsel for The Welsh Government, Gracenote (d/b/a Tribune Media Service), Pittsburgh Post-Gazette, E.W. Scripps Co., Richmond Times Dispatch, and Miami Herald Media Co. in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 28, 2015

Respectfully submitted,

/s/ Caroline C. Maxwell_____
Caroline C. Maxwell
PORZIO, BROMBERG & NEWMAN P.C.
1200 New Hampshire Ave. NW
Washington, DC 20036
(202) 517-1888
(202) 517-6322 (fax)
ccmaxwell@pnblaw.com

3051850