**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PABLO STAR LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>THE WELSH GOVERNMENT, *et al*.,<br><br>        Defendants. | Civil Action No. 15-CV-1167 |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Caroline C. Maxwell, for admission to practice Pro Hac Vice in the above-caption action, is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Texas and that her contact information is as follows:

> Caroline C. Maxwell
> PORZIO, BROMBERG & NEWMAN P.C.
> 1200 New Hampshire Ave. NW
> Washington, DC 20036
> (202) 517-1888
> (202) 517-6322 (fax)
> ccmaxwell@pnblaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The Welsh Government, Gracenote (d/b/a Tribune Media Service), Pittsburgh Post-Gazette, E.W. Scripps Co., Richmond Times Dispatch, and Miami Herald Media Co. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

3051870

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____                    _____

                                              United States District Judge

3051870