IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO STAR LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE WELSH GOVERNMENT, *et al.*, <br><br> Defendants. | Civil Action No. 15-CV-1167 |

### DECLARATION OF MARK A. TOMASIK

1. My name is Mark A. Tomasik. I am over eighteen (18) years of age and am competent to make this declaration. I have personal knowledge of the facts stated herein and they are true and correct to the best of my knowledge, information and belief. I would testify to the facts set forth herein if called upon to do so.

2. I am the Editor at the Treasure Coast Newspapers in Stuart, Florida ("Treasure Coast Newspapers"). In my position at Treasure Coast Newspapers, I am responsible for the overall content of our print publications and websites.

3. Prior to April 1, 2015, Treasure Cost Newspapers were owned by defendant The E.W. Scripps Company ("Scripps"), an Ohio corporation with its principal place of business in Cincinnati, Ohio.

4. On April 1, 2015, Treasure Coast Newspapers, along with other newspapers then owned by Scripps, were merged into Journal Media Group, Inc., a company organized and existing under the laws of the State of Wisconsin, with an office in Stuart, Florida.

5. As such, Treasure Coast Newspapers is now owned by Journal Media Group, Inc.

Exhibit 1

6. The Treasure Coast Newspapers distributes its print publications in counties in Martin, St. Lucie and Indian River, Florida.

7. Treasure Coast Newspapers owns and operates a website at www.TCPalm.com. This website was created and is maintained in Stuart, Florida, and hosted on servers at Amazon East in northern Virginia. This website has more than 63,000 subscribers, only 56 of whom reside in New York.

8. Treasure Coast Newspapers does not maintain an office in New York, does not solicit business targeting New York consumers, does not maintain any bank accounts in New York, does not own, use or possess any real property in New York, and does not have employees or agents in New York.

9. Treasure Coast Newspapers has only a small number of paper and web subscribers located in New York and the amount of revenue received from such sales is de minimus.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 21, 2015

_Mark A. Tomasik_

MARK A TOMASIK

_Donna-Lyn Johnson_  4/21/15

DONNA-LYN JOHNSON
MY COMMISSION # FF 043735
EXPIRES: October 1, 2017
Bonded Thru Notary Public Underwriters

Formatted: Line spacing: Exactly 12 pt
Formatted: Indent: Left: 0", First line: 0"

Exhibit 1