**EXHIBIT 4**

For reference only.  All images © Crown copyright (Visit Wales).



SVW-C53-1213-0176.JPG
Bedroom
5 Cwmdonkin Drive
Birthplace of Dylan Thomas
Swansea



SVW-C53-1213-0174.JPG
Landing
5 Cwmdonkin Drive
Birthplace of Dylan Thomas
Swansea



SVW-C53-1213-0171.JPG
Photograph of Dylan Thomas and his wife Caitlin
5 Cwmdonkin Drive
Birthplace of Dylan Thomas
Swansea



SVW-C53-1213-0169.JPG
Bedroom
5 Cwmdonkin Drive
Birthplace of Dylan Thomas
Swansea



SVW-C53-1213-0167.JPG
Bedroom
5 Cwmdonkin Drive
Birthplace of Dylan Thomas
Swansea



SVW-C53-1213-0160.JPG
Kitchen
5 Cwmdonkin Drive
Birthplace of Dylan Thomas
Swansea



SVW-C53-1213-0157.JPG
Kitchen
5 Cwmdonkin Drive
Birthplace of Dylan Thomas
Swansea



SVW-C53-1213-0153.JPG
Piano and books on shelves
5 Cwmdonkin Drive
Birthplace of Dylan Thomas
Swansea



SVW-C53-1213-0150.JPG
Books on shelves
5 Cwmdonkin Drive
Birthplace of Dylan Thomas
Swansea