# EXHIBIT 5

# TMS SPECIALTY PRODUCTS
Content on Demand for Special Sections and Niche Publications

### THIS IS THE YEAR TO HIKE THE DYLAN THOMAS TRAIL

By Handout, MCT, Source: MCT Photos Live



Dylan Thomas and his wife, Caitlin. (Visit Wales/MCT)

**FILE SIZE:** 1.29 MB

**PRICE:** $25

ADD TO CART

© 2014 Tribune Media Services

Home | Shopping Cart | About Us | FAQ | Contact Us | **Login/Register**
License Agreement | Terms Of Service | Privacy Policy