# EXHIBIT 7



ALERT!!!!!
YOUR ARREST RECORD IS ONLINE!!
CLICK HERE TO VIEW IT NOW

| ARVADA | AURORA | BOULDER | BROOMFIELD | CENTENNIAL | COLORADO SPRINGS | DENVER | FORT COLLINS | GRAND JUNCTION | GREELEY | LAKEWOOD | LONGMONT |

LOVELAND | PUEBLO | THORNTON | WESTMINSTER

HOME » CENTENNIAL » CURRENTLY READING:

## This is a year to travel a Dylan Thomas trail

April 22, 2014     Centennial     No Comments

You and 75 others like this. 75 people like this. Sign Up to see what your

Tweet  16

### SEARCH ARTICLES

Google™ Custom Search

### This is a year to travel a Dylan Thomas trail

ROGER RAPOPORT

Play SlideshowPause SlideshowResume Slideshow

–>



The NR Experiment
She Is Over 50
Controversial Video Shocks Society...

#### WE NEED YOUR HELP

**Please consider donating to help maintain this site by contributing to the server costs**

Donate

#### RECENT ARTICLES

**Orchard, streetcar among Colorado's most endangered places**





- CU Direct Connect Breaks $1 Billion in Indirect Funding in 2014
- Prospective juror says his son was in Colorado multiplex on night of museum …
- Judge dismisses intensity jurors from Colorado sharpened case
- Jury preference in museum sharpened going faster than planned
- Potential museum sharpened juror expelled after pulling hair
- Concrete Pumper Tips On CU Boulder Campus
- Some Boulder County relatives recur no-vax position after measles outbreak
- CU lands 19 new recruits
- Study: Colorado tourism attention might be strike tough by meridian change





Case 1:15-cv-01167-JPO   Document 26-7   Filed 05/11/15   Page 5 of 8



Dylan Thomas and his wife, Caitlin.

Dylan Thomas' grave during St. Martin's Church in Laugharne, Wales.

Browns Hotel, Laugharne, where Dylan Thomas wrote and drank.

Dylan Thomas' essay strew in Laugharne, Wales.

Dylan Thomas Centre in his hometown of Swansea, Wales.

nside a Dylan Thomas Centre.

The boathouse in Laugharne, Wales, where Dylan Thomas lived.

The boathouse and Taf Estuary, Laugharne, Wales.

Britain's Prince Charles visits Browns Hotel in Laugharne, Wales, where Dylan Thomas did some of his best work.

0 of 0

« Previous« PreviousNext »Next »

Following a rhythms of Dylan Thomas



Finding a home in Wales



This is a year to travel a Dylan Thomas trail



Back from a brink

Paid to have as many fun as possible



Fire arch says goodbye

Is a debate unequivocally value it?

Savour London during this foodie festival

Langham Hotel: Luxury a life

Vintage glorious in a charm-filled town

Costa Brava: A sermon of passage



Savouring summer in Seattle

In his brief life, Dylan Thomas became one of a world's initial multimedia superstars by his spellbinding poetry, theatre readings, and thespian essay for a stage, screen, radio and television.

Just 39 when he died in Nov 1953, Thomas also was an impulse for a era of younger artists, including Bob Dylan and John Lennon. Following his passing, large girls were named in honour of his widow, Caitlin.

His poetry, stories like "A Child's Christmas in Wales" and play "Under Milk Wood" sojourn executive to a Welsh literary canon.

This year, a centenary of his birth, offers a ideal event to take a travel along a Dylan Thomas trail. There is no improved place to start this Welsh coastal debate than Browns Hotel, a Laugharne open chateau where he did some of his best work.

You never know who competence join we for a Dylan Thomas Youth Festival. As we was with Jeff and Browns, 2 owners suggested loitering my depart and fasten a tiny throng collected outside.

An hour after Prince Charles and a Duchess of Cornwall greeted a organisation and done an unannounced revisit to this literary shrine, usually a brief travel from a halcyon boathouse where Thomas lived with Caitlin and their children.

Something of a workaholic who rewrote his poems hundreds of times in a tiny essay strew above his residence, Thomas also was a life of a celebration on his mythological tours during home and opposite America.

A array of multimedia Laugharne weekends this summer are offering as "less a Dylan Thomas festival than a kind of festival Dylan would have favourite to go to," according to a Dylan Thomas Centennial module published by a sponsors of a Dylan Thomas 100 program.

Easily combinable with hiking tours along a Wales Coast Path is a event to bucolic Carmarthenshire, that desirous Thomas' famed poem "Fern Hill." It's also easy to strech New Quay, a Ceredigion fishing encampment that became a wellspring for a illusory encampment of Llareggub and his poem "Quite Early One Morning."

Although Thomas is distinguished for his possess work, his readings of Shakespeare and a good British poets were mostly standing-room-only events attracting a likes of T.S. Eliot, Charlie Chaplin, Arthur Miller and William Faulkner. His out-of-town tryouts enclosed a solo opening of "Under Milk Wood" during a Salad Bowl café on Tenby's north cliff.

This reading, his final UK opening before his deadly debate to America, is usually one some-more landmark on a Thomas trail, that also includes a Dylan Thomas Centre in Swansea, his hometown.

The heart of a Dylan Thomas 100 Festival Program, this collection is a literary landmark that offers a possibility to see a writer's notebooks, hear readings of his possess communication and join events featuring some of Wales' best famous writers.

Because Thomas was a tighten crony of heading novelists, playwrights and poets on both sides of a Atlantic, a museum provides a breathtaking perspective of a mid-20th century literary canon.

"One of a many pleasant things about Dylan's amicable character," wrote his friend, representative and biographer John Malcolm Brinnin, "was a spell-like apparition of cognisance he would expel on anyone who came near. Everyone, it seemed, could authority his insinuate attention."

This intimacy, that extends to today's audiences, goes distant over readings of his communication during funerals everywhere.

Perhaps a many intriguing aspect of a Dylan Thomas walking debate is a attribute between his work and encampment life.

As mostly as he visited universe capitals for his mythological authority performances and partying, Thomas trafficked underneath a cloud of nostalgia for his local land.

To see why, revisit Swansea's Cwmdonkin Park, where Thomas – as he described is in his radio broadcast, "Reminiscences of Childhood" – "endured with pleasure, a initial agonies of unrequited love, a initial delayed hot in a swell of a bad poem and a struggling and raven-locked self-dramatization of what, during that time, seemed incorrigible adolescence."

Although a Dylan Thomas route is usually a tiny apportionment of a 870-mile-long Wales Coast Path, it provides an insinuate demeanour during a literary life of an moving writer.

His early depart from his distinguished literary life stays a executive poser of life. Walking a Welsh paths he desired creates one cruise a good poems he competence have created into his 40s and beyond.

**IF YOU GO:**

The Welsh like to fun about a fact that it costs $10 in overpass tolls to enter their land, though there's no assign to leave. Well value a tariff, a revisit to **Dylan Thomas Centennial** starts with a outing to Swansea (three hours west of London) and a Dylan Thomas Centre.

Although centennial events are being staged in many Welsh and UK venues, this is a good place to **start your journey**; we can collect adult maps and a lifelike set of walking guides.

Literature Wales is sponsoring a far-reaching operation of special events including kayaking trips, hack trap rides and behind a scenes tours. For some-more sum revisit **dylanthomas.com** or **visitwales.com**.

To hear Prince Charles reading Thomas' "Fern Hill" go to **http://tinyurl.com/o6wcqdb**

**- MCT**

Sponsored links

Watch Full Episodes
Turn Your Computer into a TV! Watch Full TV Episodes w Free

Comments

Article source: **http://www.stuff.co.nz/southland-times/news/features/9965531/This-is-the-year-to-hike-the-Dylan-Thomas-trail**

COMMENT ON THIS ARTICLE:

Tutorials | Powered by: WordPress
Subscribe (RSS)