UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO STAR LTD.; PABLO STAR MEDIA LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE WELSH GOVERNMENT; VISIT WALES; TRIBUNE CONTENT AGENCY, LLC; PITTSBURGH POST-GAZETTE; E.W. SCRIPPS, CO.; JOURNAL MEDIA GROUP, INC.; TREASURE COAST NEWSPAPERS; COLORADO NEWS FEED; TRAVEL SQUIRE; RICHMOND TIMES DISPATCH; and MIAMI HERALD MEDIA CO., <br><br> *Defendants*. | Case No. 15-cv-1167 (JPO) <br><br> Hon. J. Paul Oetken <br><br> ECF Case <br> Electronically Filed |

## DECLARATION OF NATHANIEL A. KLEINMAN

I, Nathaniel A. Kleinman, an attorney duly admitted to practice before this Court, do hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746, as follows:

1. I am one of the attorneys for Plaintiffs in this action. I have personal knowledge of the facts contained in this declaration and am competent to testify to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of a pdf of a panel from "The Welsh in America" exhibition produced by the Welsh Government in America agency.

3. Attached hereto as Exhibit 2 is a true and correct copy of a pdf photo of "The Welsh in America" exhibition in Alberta, Canada.

4. Plaintiffs' counsel has sought the services of a professional, specialized foreign process server and can/will immediately effectuate service of the Amended Complaint and summons on the Welsh Government as required under the Hague Convention should the Court grant reconsideration and reverse its venue ruling.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
      March 30, 2016

By: _____
Nathaniel A. Kleinman