# EXHIBIT 1

Case 1:15-cv-01167-JPO   Document 59-1   Filed 03/30/16   Page 2 of 7



The Welsh in America



# Welsh in America – Exhibition Loan Form



A 14-panel exhibition on the history of the Welsh in America is available for loan at no charge from the Welsh Assembly Government in New York. Applicants should first satisfy the Welsh Assembly Government about their ability to provide a suitable, well-lit public venue with a decent footfall and proper security provisions. Loan of the exhibition will also be subject to availability at the time of booking. Please be so kind to fill in this form with as much useful information as possible and return it to the attention of Catrin Brace at the Welsh Assembly Government, Wales International Center, Chrysler Building, 405 Lexington Avenue Floor 21, New York, NY 10174, fax 646 792 8940 or by email catrin.brace@wales-uk.com.

## Contact Information

| Name | |
|---|---|
| Organization | |
| Street Address | |
| City ST ZIP Code | |
| Phone | |
| E-Mail Address | |

## Please tell us more about where you propose to exhibit the Welsh in America (ideally you will need around 25 sq ft to house the exhibition properly)

| Venue | |
|---|---|
| Venue Address | |
| City ST ZIP Code | |
| Contact at Venue | |
| Venue Phone | |
| Venue E-Mail Address | |
| Dimensions of Venue (Please include Height/Length/Width) | |

Is the venue open to the public?

___ Yes        ___ No

If Yes please indicate dates and times it is open to the public (if No please give your reasons why you think it could work in a private area)

………………………………………………………………………………………………………………

………………………………………………………………………………………………………………

What dates would you like to have the exhibition – including relevant month and year (ideally should be 3-6 weeks)?

………………………………………………………………………………………………………………

………………………………………………………………………………………………………………

What lighting is used in the venue you wish to use for the exhibition?

..................................................................................................................................

How many people are likely to visit the exhibition?

..................................................................................................................................

What is the likely profile of the people who will visit the exhibition?

..................................................................................................................................

What are the security provisions at the venue that guarantee security of the exhibition at all times?

..................................................................................................................................

..................................................................................................................................

Does the venue have public liability insurance and will the exhibition be covered for any damage incurred while in situ?

_____

The Welsh Assembly Government will pay for round-trip shipping of the exhibition.  Can the venue receive UPS/Fed-Ex deliveries and will you be able to repack the exhibition and ship them back to us at our cost?

 ___ Yes                               ___ No

The Welsh Assembly Government will ship 'Welsh in America' booklets to you to accompany the exhibition and which can be distributed free of charge to visitors to the exhibition. Will you provide a table or other display methods for the booklets?

_____ yes                         ____ No

Please use the box below to provide any further helpful information

|  |
|---|
|  |

## Agreement and Signature

By submitting this application, I affirm that the facts set forth in it are true and complete. I understand that if this application for the exhibition of the Welsh in America is accepted, any false statements, omissions, or other misrepresentations made by me on this application may result in the loss of use of the exhibition.

| Name (printed) |  |
|---|---|
| Signature |  |
| Date |  |

**Thank you for completing this application form. Diolch yn fawr.**

# The Welsh in America exhibition

# Assembly instructions

**IMPORTANT!! Please read these instructions before assembly.**

The system is very easy to assemble but if you don't put the poles together in the right way then they can fall down and this usually breaks the toggle on the top – making it impossible to re-assemble if you don't have a spare toggle. Here are the few easy steps. It's best to have two people to put the stands up and you will need steps or a chair (or a very tall person). It is best to assemble them as close as possible to where they will be in the exhibition so as to avoid unnecessary moving:

1. Take the case out of the box and keep the exterior box for shipping back to the Welsh Assembly Government at the end of the exhibition.
2. Open the case and take out the stand. In the little pocket inside the case you will also find the toggle for the top of the poles.
3. Take the plastic end off the stand, turn over and take the pole out. Replace the plastic end and turn back upright.
4. Here's the difficult bit – pull out the poles to their fullest and screw them in the correct direction (as indicated on the joints in the poles) until you are absolutely certain they will hold. Just keep turning them until they click tight.
5. Put the extended pole into the hole in the stand. Fit the toggle into the top of the pole.
6. This is where you need the second person to GENTLY pull up the panels and hand them to the person holding the pole to fit them into the toggle at the top. There are two panels in each stand. Pull them up one by one while the other person holds the pole and hooks them on.

7. The panels need to be balanced so there are as few creases as possible in the panels. You can adjust them at any time by just moving the toggle slightly.
8. The stands can be moved after you assemble them by GENTLY pulling the base over. Do not drag them by holding the panels.
9. The panels are numbered 1 through 12 and you should exhibit them in order. Please leave enough space for people to go around the back of the stand to read the reverse panel.
10. Please be so kind as to take some good quality photos of the exhibition and email them to Catrin Brace at the Welsh Assembly Government (details below).
11. At the end of the exhibition, please reverse this process and make sure that you put the poles back under the base, the plastic end on the base, the toggle in the bag, and the bag back in the case.
12. Please pack the cases back in the boxes they arrived in and seal securely with strong tape. Contact Catrin Brace for pick-up instructions.

Any problems or queries, please email or call Catrin Brace at the Welsh Assembly Government in New York 917 957 0770 or catrin.brace@wales-uk.com.

Thank you for helping the Welsh Assembly Government promote Wales in your area. Diolch yn fawr.