

**NEW YORK CITY**
501 Fifth Avenue, Ste. 1809
New York, NY 10017
212.355.6050

**SEATTLE**
1455 NW Leary Way, Ste. 400
Seattle, WA 98107
646.704.2278

> Granted.  The stay (Dkt. No. 86) is hereby dissolved.  The telephone conference scheduled for February 21, 2018, is hereby adjourned.
> So ordered.
> 1/31/18
>
> _____
> J. PAUL OETKEN
> United States District Judge

January 22, 2018

**VIA ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    **Re:** *Pablo Star Ltd., et al. v. The Welsh Government, et al.,* **No. 15-cv-1167 (JPO)**

Dear Judge Oetken,

I am counsel for Plaintiffs Pablo Star LTD and Pablo Star Media LTD ("Plaintiffs").  I am writing to follow up on Plaintiffs' prior notice to the Court advising that the Court of Appeal ruled in Plaintiffs' favor and dismissed the Welsh Ministers' appeal.  (Dkt. No. 91).

Pursuant to the Opinion and Order entered by the Court (Dkt. No. 86), Plaintiffs now formally request that the Court lift the stay previously entered and hereby renew the Motion to Amend (Dkt. No. 73) that the Court previously denied without prejudice subject to the stay.  The Motion to Amend is fully briefed and ready for the Court's consideration.

                              Respectfully submitted,

                              Kevin P. McCulloch, Esq.