# EXHIBIT 2




| English | Cymraeg | Français | Deutsch | Español | 中文 |

Welcome to the official gateway to Wales

| About Wales | Visit | Business | Living in Wales | Study | International | News & Blog | Events |

You are here: > Home > Wales in the USA > The Welsh in America

- Publications
  - **The Welsh in America**
- Successful Welsh
- Working with us
- Visiting Wales and Visa requirements
- Contact us

# Discovering the Welsh in America

**Welsh in America - booklets and exhibition.**

The Welsh Government has researched and produced an exhibition and a booklet outlining the history of the Welsh in American up to the present day and outlining the important contribution that the Welsh have made to life in America. The PDF for the booklet is below and copies for distribution free-of-charge can be ordered from the Welsh Government in New York.

 Document Download:  **Welsh in America 2010**
Size: [7.07 MB] File Type: [.pdf]

The exhibition 'Welsh in America' can be loaned free-of-charge from the Welsh Government in New York. Details can be found under Exhibitions on this website.

 Document Download:  **Welsh Guide to New York City**
Size: [473 KB] File Type: [.pdf]

**Welsh Guide to New York City**

Take a tour of New York City from a Welsh perspective with our downloadable PDF guide (473 KB).  You'll learn how the Welsh have influenced the city and some connections with some of our most famous exports.





Dylan & Caitlin:Copyright JeffTowns

 Dylan Thomas was greeted like a rock star when he crossed America to give his legendary readings to huge audiences. In Greenwich Village, he was able to enjoy literary and musical pursuits in more relaxed and less public way. The architecture  and atmosphere appealed to him. He wrote to his parents saying that he found Washington Square Park, ' very beautiful.'

St Luke in the Fields inspired Dylan's "Child's Christmas in Wales,"he went to visit his pal ee cummings in Patchin Place, and ate his first meal in America (which he said was as big as a month's ration for a British family).

The two hour tour was created in association with Aeronnwy Thomas, Dylan's daughter who was able to 'trial' the tour just before she died. The tour guide is Ianto Roberts whose voice has an uncanny similarity to Dylan's. He weaves tales about the extrovert bohemian artists of 1950's Greenwich Village in with stories about Thomas' life and death in New York.

This is the Official Dylan Thomas Walking Tour of New York,a collaboration of the Welsh Government in New York and the

family of Dylan Thomas.

The first tour is Sunday March 6th 2011 at 11am. $25.00 per ticket. And every Sunday after that. Bookings and further information www.NewYorkFunTours.com/dylan-thomas

The Dylan Thomas Walking Tour of Greenwich Village was developed by the Welsh Assembly Government in New York in association with Aeronwy Thomas, Peter Thabit Jones, Jane O'Brien, John Pierce Jones, Huw Chiswell, Todd Lefkovic and others. The Welsh Government would like to thank all those involved for their assistance with the project and we wish New York Fun Tours the very best of success with the new commercial venture

**About Wales**
- Government
- Where is Wales & travelling to Wales
- Language
- Food
- Sport
- Arts & Culture
- Landscapes
- Film & TV Wales
- FAQs
- Facts about Wales
- Regions, Towns & Cities
- History & ancestry
- Traditions
- Autumn
- Music
- Wales101

**Business**
- Innovation Publications
- Enterprise Zones
- Overseas Offices
- Contact Us
- Business Support
- Business Sectors
- Downloads
- Meet the Team
- Case Studies
- News

**Living in Wales**
- Activities
- Shopping
- Entertainment
- Education system
- Jobs in Wales
- Housing in Wales
- Cost of living
- Healthcare
- Visas and Immigration
- Key industries

**Study**
- Facts about Studying in Wales
- Cost of living
- Schools and colleges
- Universities in Wales
- Funding and Scholarships
- Links / Find More

**International**
- Wales and USA
- Wales and India
- Wales and the rest of the World
- Wales and China
- Wales and Africa
- Wales and Japan

**News & Blog**

**Gallery**

**Contact Us**

Site Map  |  RSS  |  Accessibility Statement  |  Privacy Policy  |  Terms & Conditions

© Welsh Government 2014