# **EXHIBIT 9**

TimesDispatch.com
Richmond Times-Dispatch

## Travel News, Guides, Photos & Gadgets

# This is the year to hike the Dylan Thomas trail

The centenary of the famed poet's birth can be celebrated by walking the paths of his homeland

Story | Comments | Image (4) Print Font Size:

Recommend 0 | Tweet 0 | g+1 0 | Pin it 0 | Share 0

Previous | Next

Handout

Dylan Thomas and his wife, Caitlin. (Visit Wales/MCT)

Posted: Saturday, August 9, 2014 10:30 pm

BY ROGER RAPOPORT McClatchy-Tribune

LAUGHARNE, Wales — In his short life, Dylan Thomas became one of the world's first multimedia superstars through his spellbinding poetry, stage readings, and dramatic writing for the stage, screen, radio and television.

Just 39 when he died in November 1953, Thomas also was an inspiration for a generation of younger artists, including Bob Dylan and John Lennon. Following his passing, countless girls were named in honor of his widow, Caitlin. His poetry, stories like "A Child's Christmas in Wales" and play "Under Milk Wood" remain central to the Welsh literary canon.

This year, the centenary of his birth, offers a perfect opportunity to take a hike along the Dylan Thomas trail. There is no better place to start this Welsh coastal journey than Browns Hotel, the Laugharne public house where he did some of his best work.

Something of a workaholic who rewrote his poems hundreds of times in the small writing shed above his residence, Thomas also was the life of the party on his legendary tours at home and across America. A series of multimedia Laugharne weekends this summer are offered as "less a Dylan Thomas festival than the kind of festival Dylan would have liked to go to," according to the Dylan Thomas Centennial program published by the sponsors of the Dylan Thomas 100 program.

**If you go**

*The Welsh like to joke about the fact that it costs $10 in bridge tolls to enter their land, but there's no charge to leave. Well worth the tariff, a visit to Dylan Thomas Centennial (www.dt100.info) begins with a trip to Swansea (three hours west of London) and the Dylan Thomas Centre. www.swansea.gov.uk/dylanthomas/*

## Love Travel?

Check these pages for more articles and slideshows:

Local Travel >
Regional Travel >
National Travel >
International Travel >

## ENTERTAINMENT-LIFE HEADLINES

Miley Cyrus' date wanted by Oregon police

Lunch boxed: Good things packed in small containers have plenty of kid appeal

7-Day Menu Planner

Practical Nutrition: Getting mealtime back on schedule

Recipes Remembered: Cheese Straws

Top Cars & Vehicles | Top Homes & Real Estate

## Top Cars & Vehicles

**2000 Sportscraft**
UPDATED: YESTERDAY

**Buick**
UPDATED: YESTERDAY

More Top Cars & Vehicles

## RECOMMENDED ON FACEBOOK

Recommendations

Log In Log in to Facebook to see your friends' recommendations.

**Chef lawyer not renamed to state board**
158 people recommend this.

**Residents voice concern about teacher turnover in Hanover**
115 people recommend this.

**Chesterfield wins Bronco-11 World Series**
383 people recommend this.

**80-year-old graduates from Richmond seminary**
651 people recommend this.

Facebook social plugin



*Literature Wales is sponsoring a wide range of special events including kayaking trips, pony trap rides and behind-the-scenes tours. For more details, visit dylanthomas.com/2014-centenary or www.visitwales.com.*

Although Thomas is celebrated for his own work, his readings of Shakespeare and the great British poets were often standing-room-only events attracting the likes of T.S. Eliot, Charlie Chaplin, Arthur Miller and William Faulkner.

The hub of the Dylan Thomas 100 Festival Program, the Dylan Thomas Centre in Swansea, his hometown, is a literary landmark that offers a chance to see the writer's notebooks, hear readings of his own poetry and join events featuring some of Wales' best known writers. Because Thomas was a close friend of leading novelists, playwrights and poets on both sides of the Atlantic, the museum provides a panoramic view of the mid-20th century literary canon.

"One of the most beguiling things about Dylan's social character," wrote his friend, agent and biographer John Malcolm Brinnin, "was the spell-like illusion of intimacy he would cast upon anyone who came near."

This intimacy, which extends to today's audiences, goes far beyond readings of his poetry at funerals everywhere. Perhaps the most intriguing aspect of a Dylan Thomas walking tour is the relationship between his work and village life. As often as he visited world capitals for his legendary performances and partying, Thomas traveled under a cloud of nostalgia for his native land.

To see why, visit Swansea's Cwmdonkin Park, where Thomas — as he described in his radio broadcast, "Reminiscences of Childhood" — "endured with pleasure, the first agonies of unrequited love, the first slow boiling in the belly of a bad poem and the struggling and raven-locked self-dramatization of what, at that time, seemed incurable adolescence."

Although the Dylan Thomas trail is only a small portion of the 870-mile-long Wales Coast Path, it provides an intimate look at the literary life of an inspiring writer. His early departure from his celebrated literary life remains the central mystery of life. Walking the Welsh paths he loved makes one consider the great poems he might have written into his 40s and beyond.



**ENTERTAINMENT-LIFE VIDEOS**

Surprise Proposal at Redskins camp
Richmond Times-Dispatch

**IN MY SHOES**



**Read & Share**
Remarkable women who've been through it all tell their stories.

**Follow Us On Pinterest!**



Are you on Pinterest? So are we! Follow our boards for the daily front page, Practical Nutrition, All You Can Eat, restaurant reviews, recipes from our database, fitness tips, party planning advice and more!

---

Recommend 0  Tweet 0  +1 0  Pin it 0  Share 0

Discuss          Print

Posted in *Travel* on *Saturday, August 9, 2014 10:30 pm.*

### Similar Stories
- Out of town events for Aug. 24-30
- Gear and Gadgets: Weather@Home Bluetooth-enabled Weather Station
- Group tours: How to pick the right one for you
- Crayola hoping to draw families with Fla. center
- Jungle ruins and sea life await in tiny Belize

### Most Read
- Fort Lee: Soldier dies after self-inflicted shooting
- Fort Lee: Soldier dies after self-inflicted shooting
- McDonnell trial: 'I was heartbroken that maybe this was the end of our marriage'
- Schapiro: The rundown on why Maureen McDonnell's been run over
- Hinkle: The Democratic shift to the left

Add a comment...

Comment

Facebook social plugin

8/27/2014 This is the year to hike the Dylan Thomas trail - Richmond Times-Dispatch: Travel: News, Guides, Photos & Gadgets

Case 1:15-cv-01167-JPO Document 99-9 Filed 05/08/16 Page 4 of 10








## SECTIONS
- News
- Metro
- Business
- Opinion
- Sports
- Entertainment/Life
- Weather
- Archives
- Classifieds
- Obituaries
- Jobs
- Specialty Publications

## SERVICES
- Contact Us
- Advertise
- Subscription Services
- Email Newsletters
- Submission Forms
- Shop The Times-Dispatch
- Popmounts and Reprints
- Want to use our content?

## CONTACT US
TimesDispatch.com

Richmond Times-Dispatch
**Phone number:** 804-649-6000
**E-mail:** content@timesdispatch.com
**Address:** 300 E. Franklin St.
Richmond, VA 23219

## SEARCH

[ Search ]

Search in:
- ☑ All
- ☐ Opinion
- ☐ Photos
- ☐ News
- ☐ Community
- ☐ Video
- ☐ Sports
- ☐ Obituaries

Richmond.com | Mechanicsville Local | Powhatan Today | Goochland Gazette | PolitiFact Virginia | Richmond Drives

**Richmond Times-Dispatch, Richmond, VA © 2014 BH Media Group Holdings, Inc**. Powered by BLOX Content Management System from TownNews.com. Terms of Use



Home
Our Properties
Publishing Solutions
Careers
Contact Us

BH Media Group operates 69 newspapers and other titles located in Virginia, North Carolina, South Carolina, Alabama, Florida, Texas, Iowa, Nebraska, Oklahoma and New Jersey. It is a leading provider of news, information and entertainment news across print and digital platforms.

## Terms and Conditions

World Media Enterprises Inc. ("WORLD MEDIA") offers this Web site, including all information, software, products and services available from this Web site or offered as part of or in conjunction with this Web site (the "Web site"), to you, the user, conditioned upon your acceptance of all of the terms, conditions, policies and notices stated here. WORLD MEDIA reserves the right to make changes to these Terms and Conditions immediately by posting the changed Terms and Conditions in this location. Your continued use of the Web site constitutes your agreement to all such terms, conditions and notices, and any changes to the Terms and Conditions made by WORLD MEDIA.

### Personal and Noncommercial Use

The Web site is for your personal and noncommercial use. As a condition to your continued use of the Web site, you warrant to WORLD MEDIA that you will not use the Web site for any purpose that is unlawful or prohibited by these terms and conditions of use.

### No Warranties

USE THE WEB SITE AT YOUR OWN RISK. THIS WEB SITE IS PROVIDED TO YOU "AS IS," WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NON-INFRINGEMENT. WORLD MEDIA MAKES NO WARRANTY THAT ANY CONTENT CONTAINED ON THIS WEB SITE SATISFIES ANY APPLICABLE GOVERNMENT LAW, REGULATION OR REQUIREMENT. Neither WORLD MEDIA nor its employees, agents, third-party information providers, merchants, licensors or the like warrant that the Web site or its operation will be accurate, reliable, uninterrupted or error-free. No agent or representative has the authority to create any warranty regarding the Web site on behalf of WORLD MEDIA. WORLD MEDIA reserves the right to change or discontinue at any time any aspect or feature of the Web site.

### Exclusion of Liability

UNDER NO CIRCUMSTANCES, INCLUDING NEGLIGENCE, SHALL WORLD MEDIA OR ANYONE ELSE INVOLVED IN CREATING, PRODUCING, STORING OR DISTRIBUTING THE WEB SITE BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES AND EXPENSES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, LOST PROFITS, AND DAMAGES ARISING FROM LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF OR IN ANY WAY CONNECTED WITH USE OF THE WEB SITE, DELAY OR INABILITY TO USE THE WEB SITE, OR FOR ANY INFORMATION, SOFTWARE, PRODUCTS OR SERVICES OBTAINED THROUGH THE WEB SITE, WHETHER SUCH DAMAGES ARE BASED ON CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY AGREE THAT NO LICENSOR, SUPPLIER OR INFORMATION PROVIDER TO WORLD MEDIA OR ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS, OR ANY OF THEIR SUCCESSORS OR ASSIGNS, SHALL HAVE ANY LIABILITY TO YOU FOR ANY REASON OR UNDER ANY THEORY WHATSOEVER, BASED UPON THE INFORMATION PROVIDED ON OR THROUGH THE WEB SITE. Because some states do not permit the exclusion or limitation of liability for consequential or incidental damages, some or all of the above limitation may not apply to you.

### Indemnification

You agree to defend, indemnify and hold WORLD MEDIA, its officers, directors, affiliated companies, employees and agents, licensors and suppliers harmless from and against any and all claims, actions or demands, liabilities and settlements, including, without limitation, reasonable legal and accounting fees, resulting from, or alleged to result from, your use of the WORLD MEDIA site, or any content, product or service offered through the WORLD MEDIA site, in a manner that violates or is alleged to violate these Terms and Conditions. WORLD MEDIA shall provide notice to you of any such claim, suit or proceeding and shall reasonably cooperate with you, at your expense, in your defense of any such claim, suit or proceeding.

### Featured Links and Advertisements

The Web site may contain hyperlinks to Web sites offered by parties other than WORLD MEDIA. Such hyperlinks are provided for your reference and convenience only. WORLD MEDIA does not control such other Web sites and is not responsible for their content; nor does WORLD MEDIA's inclusion of hyperlinks to such Web sites imply any endorsement of the material on such Web sites or any association with their operators. Unless otherwise specifically stated on this Web site, WORLD MEDIA does not endorse any product or service or make any representation regarding the reliability, quality or accuracy of any products or services featured in, or linked to, any advertisement appearing on this Web site.

### Linking

Unless you are subsequently advised otherwise by WORLD MEDIA, you are hereby licensed to create hyperlinks to the content on the Web site, provided that the hyperlink accurately describes the content as it appears on the Web site. WORLD MEDIA reserves the right to revoke this license generally, or your right to use specific links, at any time,

and may normally break any hyperlink after 14 days. Under no circumstances may you "frame" the Web site or any of its content or copy portions of the Web site to a server, except as part of an Internet service provider's incidental caching of pages. Each page within the Web site must be displayed in full (including all trademarks, branding, advertising and promotional materials), without any accompanying frame, border, margin, design, branding, trademark, advertising or promotional materials not originally displayed on the page within the Web site.

## Software Available on Web Site

Any software that is made available to download from this Web site is the copyrighted work of WORLD MEDIA and/or its suppliers. Your use of the software is governed by the terms of the End User License Agreement, if any, that accompanies or is included with the software. You may not install or use any software without first agreeing to the terms of such End User License Agreement. For any software not accompanied by an End User License Agreement, WORLD MEDIA hereby grants to you a personal, nontransferable, non-sublicensable license to use the software for viewing and other purposes within the scope of use of such software anticipated by WORLD MEDIA in accordance with these terms and conditions, and for no other purpose. Any such software is provided to you subject to the warranty and liability exclusions set forth in these terms and conditions.

## Copyright

Except for material in the public domain under United States copyright law, all material contained on the Web site (including all software, HTML code, Java applets, Active X controls and other code) is protected by United States and foreign copyright laws. Except as otherwise expressly provided in these terms and conditions, you may not copy, distribute, transmit, display, perform, reproduce, publish, license, modify, rewrite, create derivative works from, transfer, or sell any material contained on the Web site without the prior consent of the copyright owner. None of the material contained on the WORLD MEDIA site may be reverse-engineered, disassembled, decompiled, transcribed, stored in a retrieval system, translated into any language or computer language, retransmitted in any form or by any means (electronic, mechanical, photo reproduction, recordation or otherwise), resold or redistributed without the prior written consent of WORLD MEDIA. Violation of this provision may result in severe civil and criminal penalties.

You may make single copies of materials displayed on the Web site for your own personal and noncommercial use only, provided any copies include the copyright and other notices displayed with the materials on the Web site. You may not distribute such copies to others, whether or not for a charge or other consideration, without prior written permission from WORLD MEDIA or the copyright owner of the copied material. Requests to reproduce materials on the Web site for distribution or other purposes should be mailed to:

WORLD MEDIA ENTERPRISES INC.
fax: 402.444.1544
Contact us via e-mail

## Trademarks

Trademarks appear on the Web site with permission from their respective owners. Your unauthorized use of trademarks appearing on the Web site may constitute trademark infringement, which could subject you to substantial civil penalties.

## Termination of Privileges

WORLD MEDIA reserves the right to terminate your privilege of using all or any portion of the Web site if you breach any of these terms and conditions of use. If WORLD MEDIA receives notice or otherwise discovers that you have posted material that infringes another party's copyright or trademark rights or violates another party's rights of privacy or publicity, WORLD MEDIA may terminate your access to the Web site, including all of your privileges or accounts that you may have established in connection with the Web site.

## Copyright Infringement

WORLD MEDIA will not tolerate copyright infringement of any kind. WORLD MEDIA does not, however, monitor user-submitted materials for copyright infringement. If you believe that any material on the Web site infringes your copyright, you may seek to have the material removed by sending WORLD MEDIA notice that includes all of the following information:

your full name, address and telephone number
your e-mail address
identification of the copyrighted work(s) that you believe is being infringed
identification of the infringing material and information sufficient for WORLD MEDIA to locate the material
your statement of good faith belief that (a) the material infringes your copyrights, (b) the information provided in the notice is accurate and (c) under penalty of perjury, you are authorized to act for the copyright owner
your physical or electronic signature

Direct such notice to WORLD MEDIA designated agent for receiving copyright infringement notices:

World Media Enterprises Inc.
Attn: J. Scott Searl, Vice President and General Counsel
1314 Douglas Street, Suite 1500 Omaha, NE 68102-1848
phone: (402) 444-1726  fax: (402) 444-1544
Contact us via e-mail

Upon receipt of notice complying with the above requirements, WORLD MEDIA will act to remove infringing materials and, if applicable, send notice to the user that posted such materials on the Web site.

If WORLD MEDIA removes materials posted by you as a user due to alleged copyright infringement, you may seek to have the materials reinstated by notifying WORLD MEDIA's designated agent in writing and including the following information:

your full name, address and telephone number
your e-mail address
identification of the material that has been removed or to which access has been disabled, including its location before it was removed or disabled
your statement under penalty of perjury that you have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material

your statement consenting to the jurisdiction of the Federal District Court for the district in which your address is located, or, if you reside outside of the United States, for the Eastern District of Virginia (where WORLD MEDIA may be found), and that you will accept service of process from the person who provided notice of copyright infringement or from such person's agent
your physical or electronic signature

Upon receipt of a notice meeting the above requirements, WORLD MEDIA will send a copy of the notice to the copyright owner who initially claimed copyright infringement. Within 10 to 14 days following receipt of the notice, WORLD MEDIA will replace or enable access to the removed material unless WORLD MEDIA receives notice from the copyright owner who submitted the first notification that it has filed an action seeking a court order to restrain the user that posted the materials from engaging in infringing activity. Please note that parties who misrepresent that materials are infringing or were removed by mistake or misidentification are subject to substantial civil liability to WORLD MEDIA and/or the copyright owner or Web site user.

## User Content

WORLD MEDIA may allow you to upload, post, transmit or otherwise provide content to WORLD MEDIA Web sites, including, but not limited to, photos, video, audio, comments, articles, blogs, forums and any other such communication in which you provide content to the Web site ("User Content"). You agree that you are solely responsible for your communications and any content you provide.

Rules Governing User Content: In consideration for being allowed to post or contribute content, you agree that your failure to abide by the following rules in using the Web site shall constitute a material breach of these Terms and Conditions:

Do not disrespect the privacy and views of others, or use the service to stalk or harass another;
Do not use or provide User Content for commercial purposes, including but not limited to the promotion of any specific goods or services;
Do not provide User Content that is harmful to minors in any way;
Do not provide obscene, profane, sexually explicit, libelous, slanderous, defamatory, harmful, threatening, illegal or knowingly false User Content;
Do not provide User Content containing expressions of bigotry, racism or hate;
Do not provide User Content encouraging conduct that may constitute or contribute to a criminal offense, give rise to civil liability or violate any national, state or local law, regulation or authority;
Do not impersonate another person, or permit any other person or entity to use your identification to post or view User Content;
Do not provide User Content that infringes on the copyright, trademark, patent, trade secret or other intellectual property rights of others;
Do not provide User Content that violates the privacy or publicity rights of others;
Do not provide User Content that supports or provides resources to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act; and
Do not provide User Content containing malicious code, including but not limited to computer viruses, Trojan horses, or other programs designed to disrupt, damage or restrict the use of any computer software or hardware or telecommunications equipment.

*Respect the Intellectual Property Rights of Others.* You may not post or transmit content belonging to any person or party other than yourself, without the prior written consent of such owner. Simply because material is available on the Internet does not mean it is in the public domain. The vast majority of materials on the Internet are protected by copyright and trademark laws. WORLD MEDIA shall have the right, but not the obligation, to monitor any User Content areas of the Web site to determine compliance with these Terms and Conditions and any other operating rules that may be established by WORLD MEDIA from time to time.

*WORLD MEDIA's Right to Remove User Content.* WORLD MEDIA does not assume any responsibility for the consequences of any user-generated or contributed content on the WORLD MEDIA site. If notified by a user of communications that are alleged not to conform to the rules set forth in this Section, WORLD MEDIA may investigate the allegation and determine in its sole discretion to remove or request the removal of the communications. WORLD MEDIA reserves the right to remove communications that fail to conform to these Terms and Conditions. In addition, WORLD MEDIA reserves the right (but is not obligated) to delete any User Content posted on the WORLD MEDIA site, regardless of whether such communications violate these Terms and Conditions.

*WORLD MEDIA's Right to Use User Content.* WORLD MEDIA reserves the right to record, re-purpose or re-publish User Content on its Web sites, newspapers, broadcast stations or other publishing forums. By posting User Content, you are granting to WORLD MEDIA and its licensees a worldwide, royalty-free, perpetual, non-exclusive and irrevocable right and license to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform and display any posting by you (in whole or in part) and/or to incorporate it in other works in any form, media or technology now known or hereafter developed.

*Responsibility for User Content.* You agree to defend, indemnify and hold harmless WORLD MEDIA and its officers, directors, affiliated companies, employees, agents, licensors and suppliers, from and against any and all claims, actions or demands, liabilities and settlements, including, without limitation, reasonable legal and accounting fees, resulting from, or alleged to result from, your use of any User-generated or Contributed Content or use by others of any User-generated or Contributed Content with respect to you, including, without limitation, any claim of libel, defamation, harassment, violation of rights of privacy or publicity, loss of service or infringement of intellectual property or other rights, or violation of these Terms and Conditions.

*NOTE TO USERS.* WORLD MEDIA does not represent or guarantee the truthfulness, accuracy or reliability of any User Content or endorse any opinions expressed by such users. ANY RELIANCE UPON USER CONTENT IS AT YOUR OWN RISK.

## Termination of Privileges

WORLD MEDIA reserves the right to terminate your privilege of using all or any portion of the Web site if you breach any of these terms and conditions of use. If WORLD MEDIA receives notice or otherwise discovers that you have posted material that infringes another party's copyright or trademark rights or violates another party's rights of privacy or publicity, WORLD MEDIA may terminate your access to the Web site, including all of your privileges or accounts that you may have established in connection with the Web site.

## General

These Terms and Conditions (including the privacy policy attached hereto, which shall be deemed to be a part of these Terms and Conditions) constitute the entire agreement and understanding between you and WORLD MEDIA with respect to use of the Web site, superseding all prior or contemporaneous communications and/or proposals. These Terms and Conditions also are severable, and in the event any provision is determined to be invalid or unenforceable, such invalidity or unenforceability shall not in any way affect the validity or enforceability of the remaining provisions. WORLD MEDIA reserves the right to make changes to these Terms and Conditions immediately by posting the changed Terms and Conditions in this location. By continuing to use the Web site, you are agreeing to all changes made by WORLD MEDIA. A printed version of these Terms and Conditions shall be admissible in judicial or administrative proceedings based upon or relating to use of the Web site to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

## Jurisdiction

The Web site is controlled and operated by MEDIA GENERAL from its principal office in the Commonwealth of Virginia, United States of America. MEDIA GENERAL makes no representation that materials on the Web site are appropriate or available for use in other locations. Those who choose to access the Web site from other locations do so on their own initiative and are responsible for compliance with local laws, if and to the extent local laws are applicable. The Web site is not intended to subject MEDIA GENERAL to the laws or jurisdiction of any state, country or territory other than the Commonwealth of Virginia and the United States of America.

## WORLD MEDIA PRIVACY POLICY

For each visitor to the Web site, WORLD MEDIA's servers automatically collect information about which pages are visited and the domain name of visitors. This information is used for internal review, to tailor information to individual visitors and for Web site traffic audits. We also provide this information (as well as information from third-party market researchers) about our users on an aggregated, anonymous basis to our advertisers.

WORLD MEDIA may place a "cookie" on the browser of your computer. The cookie itself does not contain any personally identifying information. A cookie may be used to tell when your computer has contacted the Web site. WORLD MEDIA uses the information for editorial purposes and for other purposes such as delivery of features and advertisements, so WORLD MEDIA can customize delivery of information to you without compromising privacy. For example, cookies may be used to ensure that you will not see the same banner advertisement too often in a single session.

WORLD MEDIA may, in the course of providing services through its Web sites, ask you to disclose voluntarily certain information about yourself. This could include information that identifies you or your household. Any information in WORLD MEDIA's possession solely as a result of your use of the Web site and that is associated with you or your household is considered "Personal Information." It consists of both information supplied by you (e.g. name, address, telephone number and e-mail address) and information collected about how you use the Web site (e.g. the fact that you have bought merchandise through the Web site). 'Personal Information' does not include statistical data about large numbers of users, none of whom are identifiable, nor does it include information that you have posted for public view on the Web site or otherwise publicly disclosed.

Like many other commercial sites, our site may utilize an electronic file called a Web beacon to count users who have visited a page or recognize users by accessing certain cookies. Our site and/or the Web sites of advertisers and merchants with which we have a relationship may use Web beacons (a) for auditing purposes and to collect information from the Web sites of certain advertisers or merchants; (b) to report anonymous individual and/or aggregate information about our users from such advertisers or merchants. Aggregate information may include demographic and usage information. No personally identifiable information about you is shared with such advertisers or merchants. You may choose to opt-out by contacting us in accordance with the information set forth at the bottom of this policy.

## How does the Web site use the information it gathers?

Information collected on the Web site, including traffic patterns and user behavior, is used primarily for the following purposes:

Internal research. The Web site is continuously assessing how visitors use the site. This data assists us in making decisions about how to improve the site and to better serve our users. Research data are aggregated and do not include data about specific individuals. We may share aggregated research (but not individual user information) with our advertisers or business partners. Additionally, the Web site may use your information to contact you to ask for your participation in a focus group, survey, or some other type of research effort.
To customize your experience on the Web site. As the Web site improves its service, it may offer users more opportunities to customize content and other aspects of the site. Information provided by you may be used to assist in the customization process, if you elect to participate in these features.
To tailor advertising efforts. Most of the information and services available to you at the Web site are free. In order to continue providing services free of charge, the Web site sells advertising. Advertisers prefer to target their communication toward audiences who are most likely to be interested in their products. The information gathered on the Web site helps us advise advertisers in general terms about certain aspects of site visitors (e.g. how visitors use the site, general demographic attributes of visitors, usage patterns on various parts of our site, etc.). This information helps both advertisers and the Web site make better decisions about where to place advertising. This information may also be used to send targeted marketing, such as emails, to users that we think would be interested in such marketing. Visitors who choose to conduct financial transactions with advertisers on the Web site may also provide specific data to those advertisers during the process of their transactions. Additionally, any information provided during the purchase on the Web site of products or services will result in the collection of certain information required to complete the transaction.
To use third party service providers. We provide some services and products through third parties. These third party service providers may perform functions on our behalf, like sending out and distributing promotional emails. We may share your personally identifiable information with such service providers as necessary to allow those service providers to fulfill orders, send mail or email, administer contests or sweepstakes, remove repetitive information on customer lists, analyze data, provide marketing assistance, provide search results and links, process credit card payments, operate the Web site, troubleshoot, or provide customer service. We may also collect personal information from individuals and companies with whom we have business relationships ("Affiliates") and may share your information with service providers to accomplish our administrative tasks. For example, when you order a service, the third party payment processor we use releases your credit card information to the card-issuing bank to confirm payment for the service. The use of your personally identifiable information by these third parties is governed by the privacy policies of these third parties and is not subject to our control.

More specifically, here is how the Web site may use information you provide:

E-mail addresses. If you supply the Web site with your e-mail address, either by registering on the site, by communicating with us via e-mail, or signing up for promotional offers or emails we may, from time to time, send you information that we believe would be of interest to you via e-mail. This information may be from the Web site or sent by us on behalf of one of our quality advertisers. Note: If we send you e-mail on behalf of another company, your personally identifiable information is not disclosed to that company unless you purchase a product or service from that company in which case it may need your information to fulfill your purchase. Rather, the company provides us with the information it wants to send, and we prepare and send the e-mail directly to you. We may use a third party service provider to manage or send emails on our behalf, but that third party is only authorized to use your information as necessary to send our email to you and it is not authorized to sell or transfer your information.
Postal addresses. If you supply the Web site with your postal address, we may send you periodic mailings with information on new products, coming events, surveys or other research materials, or other information we think might be of interest to you.
Telephone numbers. If you provide your telephone number or cell phone number, the Web site may call or text you regarding orders you have placed online, to tell you about new products, services, or coming events, or to offer other information that may interest you. Additionally, the Web site or one of its agents may call you for research purposes.
Sale transaction information. From time to time, we provide offers from our advertisers who, as part of their offer, request information on customers who purchased their offer in order to allow the advertiser to fulfill the purchase. In those cases, we share some of your personally identifiable information with that advertiser. Sharing this Information may allow that advertiser to market directly to you should it choose to do so. However, we will only share personally identifiable information with an advertiser if you provide us that information and enter into a transaction with that advertiser on or through our Web site. We are not responsible or liable for the actions of such advertiser.
Business transfer. We may also share your information in the case our business is sold or transferred. If this occurs, the successor company would acquire the information we maintain, including personally identifiable information.

Except as necessary to process your requests or orders placed with advertisers or merchants featured on the Web site, or as otherwise described above, WORLD MEDIA does not rent, sell, barter or give away any lists containing Personal Information for use by any outside company. WORLD MEDIA also respects the privacy of data on your personal computer and does not access, read, upload or store data contained in or derived from your private files without your authorization.

## Facebook Connect

Our Web site may allow users to access Facebook Connect to interact with friends and to share on Facebook through Wall and friends' News Feeds. If you are logged into our Web site and Facebook, when you click on "Connect with Facebook" your profiles will merge if the email addresses match. If the email addresses don't match, we ask you if you want to merge them and you must enter your Web site password to validate that they control that account. If you are already logged into our Web site but not logged into Facebook, when you click on "Connect with Facebook" you will be prompted to enter your Facebook credentials or to "Sign up for Facebook." By proceeding you are allowing the Web site to access your information and you are agreeing to the Facebook Terms of Use in your use of our Web site. Similar access to your information may occur if the Web site allows users to access other social applications similar to Facebook.

Conversely, if you are not currently registered as an the Web site user and you click on "Sign in Using Facebook," you will first be asked to enter your Facebook credentials and then be given the option to register and join the Web site. Once you register on our Web site and Connect with Facebook, you will be able to automatically post recent activity back to Facebook. You have the option to disable Facebook Connect at any time by logging into "My Profile" and clicking on "My Facebook Profile." Further, you can edit privacy settings for the reviews that appear on Facebook or disconnect this service by visiting the Facebook Application Settings page.

## NewsRight

This Web site uses services provided by NewsRight, LLC. NewsRight is based in the United States and collects content usage information and may use cookies and/or clear GIFs in conjunction with this activity. Your continued readership of this site means you accept the privacy policy of NewsRight. Please refer to the NewsRight privacy policy at http://www.newsregistry.com/privacycenter/servicepolicy.aspx for further information.

## Links

The WORLD MEDIA site contains links to other sites. WORLD MEDIA is not responsible for the privacy practices or the content of such Web sites, including any sites that may indicate a special relationship or partnership with WORLD MEDIA (such as co-branded pages or "powered by" or "in cooperation with" relationships). WORLD MEDIA does not disclose personally identifiable information or unique identifiers to those responsible for the linked sites. The linked sites, however, may collect personal information from you that is not subject to WORLD MEDIA's control. To ensure protection of your privacy, always review the privacy policy of the sites you may visit by linking from the WORLD MEDIA site.

## Opt Out Procedures

You always may opt out of receiving future mailings or other information from WORLD MEDIA. If the mailing does not have an e-mail cancellation form, send us an e-mail the type of information that you no longer desire to receive.

You may opt out of any or all contacts from the Web site at any time. All e-mails sent to you from the Web site will allow you to opt out of any further e-mail from us. You may e-mail us at DKlemencic@worldmediaenterprise.com to opt out of our email programs. You may also write or call us at the following address and phone number to notify us regarding use of your information: 333 Franklin Street, Richmond, VA 23219; phone: 804.649.6588.

When you register on the Web site, you will be given the opportunity to opt out of further communication from us.

You may accept certain kinds of contact and decline others. For example, you may choose to accept e-mails, but not postal mail or telephone calls.

If, at any time in the future, the Web site decides to use information provided by you in a way not described here, we will contact you beforehand to explain the use of the information and give you the opportunity to decline that use.

## Children's Privacy

The following additional terms, conditions and notices apply to use of the Web site by children under the age of 13 years whenever WORLD MEDIA becomes aware that a user is in that age range:

Users under 13 years of age may not submit or post information on the Web site without the consent of the user's parent or legal guardian. Prior to collecting any personal information about a child under 13, WORLD MEDIA makes reasonable efforts to obtain consent from the child's parent after informing the parent about the types of information WORLD MEDIA will collect, how it will be used, and under what circumstances it will be disclosed.
Although WORLD MEDIA will apply these children's terms and conditions whenever it becomes aware that a user who submits Personal Information is less than 13 years old, no method is foolproof. WORLD MEDIA strongly encourages parents and guardians to supervise their children's online activities and consider using parental control tools available from online services and software manufacturers to help provide a child-friendly online environment. These tools also can prevent children from disclosing online their name, address, and other personal information without parental permission.
"Personal information" collected from children may include any of the information defined above as "Personal Information" with respect to general users of the Web site and may be used by WORLD MEDIA for the same purposes. Except as necessary to process a child's requests or orders placed with advertisers or merchants featured on the Web site, WORLD MEDIA does not rent, sell, barter or give away any lists containing a child's Personal Information for use by any outside company.
If a child enters a game, contest or other activity sponsored by WORLD MEDIA on the Web site, the child may be required by WORLD MEDIA to provide the minimum Personal Information reasonably necessary for the child to participate in such activity.
A child's parent or legal guardian may request WORLD MEDIA to provide a description of the Personal Information that WORLD MEDIA has collected from the child, as well as instruct WORLD MEDIA to cease further use, maintenance and collection of Personal Information from the child.
If a child voluntarily discloses his or her name, e-mail address or other personally-identifying information on chat areas, bulletin boards or other forums or public posting areas, such disclosures may result in unsolicited messages from other parties.

## Cancellation & Refund Policies

A subscription to any of our products can be cancelled at any time. Subscriber refunds will be issued within two weeks of cancellation for the entire credit balance on the account at the time of cancellation. Refunds will be issued per the original method of payment.

Advertiser refunds will be granted upon cancellation of an entire run schedule if notice of cancellation is received from the advertiser prior to the beginning of the run schedule. Refunds will be issued per the original method of payment and will be processed within 10 business days of the request.

## General

These Terms and Conditions constitute the entire agreement and understanding between you and WORLD MEDIA with respect to use of the Web site, superseding all prior or

contemporaneous communications and/or proposals. WORLD MEDIA reserves the right to make changes to these Terms and Conditions immediately by posting the changed Terms and Conditions in this location. By continuing to use the Web site, you are agreeing to all changes made by WORLD MEDIA. A printed version of these Terms and Conditions shall be admissible in judicial or administrative proceedings based upon or relating to use of the Web site to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

The Web site is controlled and operated by WORLD MEDIA from its principal office in the Commonwealth of Virginia, USA. WORLD MEDIA makes no representation that materials on the Web site are appropriate or available for use in other locations. Those who choose to access the Web site from other locations do so on their own initiative and are responsible for compliance with local laws, if and to the extent local laws are applicable. The Web site is not intended to subject WORLD MEDIA to the laws or jurisdiction of any state, country or territory other than the State/Commonwealth of Virginia and the United States of America.

## Contacting Us

If you have any questions about this privacy statement, the practices of the WORLD MEDIA site, or your dealings with WORLD MEDIA, you may contact us at:

WORLD MEDIA ENTERPRISES INC.
fax: 804-819-7498

Contact us via e-mail –>

© 2014 BH Media Group Inc.
Terms and Conditions |