**EXHIBIT 11**



