# EXHIBIT 14



The Welsh Government Strategy for Tourism 2013 – 2020

# Framework Action Plan Years 1 – 3

Llywodraeth Cymru
Welsh Government

www.cymru.gov.uk

**PROMOTION**

**Strategic Priorities**

- Promoting and Marketing a distinctive and reinforcing brand for Wales
- Driving a product-led approach that identifies compelling reasons to visit Wales
- Targeting existing and new markets with most growth prospects
- Selling excellence through the Wales offer – coastal and rural environment, culture, activities, events and distinctive destinations

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Develop a clear, compelling and credible tourism brand for Wales, that is based on our real strengths and unique characteristics as a nation and is aligned to the wider Wales brand. | 1. Define and agree the tourism brand proposition. | Welsh Government (Visit Wales) | Industry Local Authority Regions Destination Management Partnerships | 1 |
| | 2. Develop brand guidelines, narrative and toolkit and incorporate into **www.walesthebrand.com** website. | | | 1 |
| | 3. Deliver brand engagement communications to internal and external stakeholders. | | | Ongoing |
| | 4. Tourism brand narrative to be incorporated into Visit Wales/stakeholder marketing and creative executions. | | | Ongoing |
| Develop and implement an iconic product-led brand strategy, to form a key part of how Wales promotes itself as a fresh and exciting tourism destination. | 1. Define and agree strategic iconic product priorities and phasing. | Welsh Government (Visit Wales) | Industry Local Authority Regions Public Sector Partners Wales Activity Tourism Organisation Destination Management Partnerships | 1 |
| | 2. Define and develop iconic product approach that is consistent with brand promise and compliant with legal/regulatory framework. | | | 1 |
| | 3. Develop proposals for iconic product development and marketing communications plans. | | | 1 |
| | 4. Build agreed iconic product led approach within marketing plans. | | | Ongoing |
| | 5. Implement iconic product development and marketing. | | | Ongoing |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Grow the value of tourism from priority geographic and product markets. | 1. Agree and deliver integrated UK/Ireland marketing plan, to reflect revised targeting priorities and new branding/product led approach. | Welsh Government (Visit Wales) | Industry Local Authority Destination Management Partnerships | Ongoing |
| | 2. Undertake research, analysis and market planning for US and Germany and involve partners as appropriate. | | Industry Local Authority Regions Destination Management Partnerships | 1 |
| | 3. Agree and deliver integrated Germany marketing plan. | | Industry Local Authority Regions VisitBritain Destination Management Partnerships | 2 – 3 |
| | 4. Agree and deliver enhanced, integrated US marketing plan. | | Industry Local Authority Regions VisitBritain Destination Management Partnerships | 2 – 3 |
| | 5. Undertake research, analysis and marketing planning for the in-Wales market (to identify lead responsibility for promoting relevant products/ destinations to meet customer needs). | | Industry Local Authority Regions Destination Management Partnerships | 1 |
| | 6. Implement agreed Golf marketing plan. Define way forward for Golf beyond 2014/15. | | Golf Industry | 1 – 2 |
| | 7. Implement agreed Cruise marketing plan. | | Cruise Wales | Ongoing |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| | 8. Support DT100 event 2014. | | Dylan Thomas Partners | 1 – 2 |
| | 9. Develop action plans to support the development of priority products that meet consumer needs. | | Industry Local Authority Regions Destination Management Partnerships | 2 – 3 |
| Increase media coverage of Wales in priority markets, to improve its reputation as an appealing destination for tourism visits. | 1. Deliver a pro-active media relations programme that targets priority markets of UK, Ireland, Germany and US and focuses on agreed priority products and destinations. | Welsh Government (Visit Wales) | Industry Local Authority Regions VisitBritain Media Stakeholders Destination Management Partnerships | Ongoing |
| | 2. Implement outcome of research and analysis into the in-Wales market through a media relations/marketing programme to target in-Wales market. | To be decided post research | Regions Local Authority Industry VisitBritain Media/Stakeholder bodies Destination Management Partnerships | 2 – 3 |
| | 3. Support VisitBritain with PR requests from their international offices in wider markets. | VisitBritain | Welsh Government (Visit Wales) | Ongoing |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| | 4. Develop an online media centre to support better sharing of information with media. | Welsh Government (Visit Wales) | Industry Local Authority Regions VisitBritain Sector groups Media Stakeholder bodies Destination Management Partnerships | 2 |
| | 5. Encourage sharing of relevant travel news, stories, information and events from industry and stakeholders (including for agreed priority product areas and destinations). | Welsh Government (Visit Wales) | | Ongoing |
| Grow the sales of Wales holidays through the leisure travel trade and other key intermediaries. | 1. Re-launch the travel trade approach with industry in conjunction with VisitBritain, offer financial support for overseas travel trade events and provide appropriate platforms for business development. | Welsh Government (Visit Wales) | Welsh Government (European and External Affairs Division – overseas offices) Industry Local Authority Regions VisitBritain Destination Management Partnerships | 1 |
| | 2. **Ireland, Germany, North America:** Proactive approach including: travel trade exhibitions/ events; key account management and marketing campaigns (with best 40 prospects); familiarisation trips; e-news; training, and; maximising VisitBritain opportunities. | | | Ongoing |
| | 3. **Rest of Europe and Australasia:** Limited key account management, marketing campaigns and limited familiarisation trips with 10 best prospects, including route development opportunities. | | | Ongoing |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| | 4. **Global and emerging markets:** Digital marketing approach, work with Welsh Government offices, leverage VisitBritain & Welsh Government offices (China, India, Japan) based on an agreed and limited approach, focusing on a small number of leading tour operators. | | | Ongoing |
| Develop the use of multiple on-line marketing channels, to effectively promote Wales in key target markets.

Distribute relevant and useful content that inspires visitors to choose specific product experiences in Wales. | 1. Re-launch new website for UK & Ireland markets incorporating new iconic product led and branding approaches. | Welsh Government (Visit Wales) | | 1 |
| | 2. Undertake research in Germany and US to identify opportunities and digital requirements. Consider requirements for in-Wales market. | | | 1 |
| | 3. Develop digital/content marketing plans for key target markets, reflecting revised branding, iconic product priorities and specific market requirements. | | Industry Local Authority Regions VisitBritain Public Bodies Media Destination Management Partnerships | 2 – 3 |
| | 4. Work with partners and content network to create, share and distribute content, that presents clear reasons to visit Wales and is presented in ways that make it easier to discover and access specific products, packages and offers. | | Industry Local Authority Regions VisitBritain Public Bodies Destination Management Partnerships | Ongoing |
| | 5. Implement a multi-channel approach to the ongoing distribution of digital content for priority markets including: the use of search engine marketing; social media; online PR and email. | | Industry | Ongoing |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| | 6. Re-launch websites for US and German markets providing tailored content and incorporating new iconic product led and branding approaches. Re-launch Welsh language website in line with needs assessment. | | Industry Local Authority Regions VisitBritain Public Bodies Media Destination Management Partnerships | 2 |
| | 7. Support content development and digital marketing requirements for any agreed separate marketing for priority product markets. | | Industry Local Authority Regions Destination Management Partnerships | Ongoing |
| | 8. Support the industry in realising the opportunities for digital marketing. | | Industry | 1 – 3 |
| Provide VisitBritain with relevant content and products for Wales, to provide distinctive reasons to visit Wales in our priority markets, and other key markets where VW does not have resource to deliver directly. | 1. Establish stronger working links with VisitBritain at all levels. Explore potential to recruit VisitBritain partnership officer and/or to embed member of staff in VisitBritain. | Welsh Government (Visit Wales) | VisitBritain | Ongoing |
| | 2. Influence VisitBritain strategies for individual markets. | | VisitBritain | Ongoing |
| | 3. Develop iconic product experiences to feed into VisitBritain marketing campaigns and programmes. | | VisitBritain Industry | 1 – 3 |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Grow the meetings, conferences, events and exhibitions market, through investing in new facilities and new marketing approaches. | 1. Implement digital marketing to existing Visit Wales business tourism database, help event organisers, and support tactical opportunities offered by regional convention bureaux e.g. familiarisation trips. | Welsh Government (Visit Wales) | Convention Bureaux Industry Local Authority | Ongoing |
| | 2. Evaluate market opportunity in the light of expected product developments, Economy, Science and Transport sector strategy and Major Events strategy and prepare plan for Year 2 activity. | | | 1 – 2 |
| Encourage previous visitors, and other key groups with connections to Wales, to become strong advocates for Wales and to make return visits. | 1. Direct Marketing to existing Visit Wales enquirers to continue as part of market plans. | Welsh Government (Visit Wales) | Local Authority Industry | Ongoing |
| | 2. Encourage the industry to undertake effective digital and traditional marketing targeting previous customers. | Industry Welsh Government (Visit Wales) | Local Authority Regions Destination Management Partnerships | 1 |
| Realise the tourism opportunities arising from the wider work of the Welsh Government, to promote Wales across international markets, especially where they align with the tourism market priorities. | 1. Coordinate marketing activity and plans to identify opportunities for coordinating marketing and other activity across Welsh Government departments. | Welsh Government (European and External Affairs Division) Sector Leads Visit Wales | Industry | Ongoing |
| | 2. Raising profile of Wales via broadcast programming and film exposure. | Welsh Government Creative Industries Sector | Broadcasters and media | 1 – 3 |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Increase the volume and value of cruise visits to Wales. | Work in partnership to:<br>● enhance the branding of Wales as a cruise destination<br>● promote the cruise ports through targeted sales missions<br>● encourage investment in port facilities, where necessary, to provide efficient berthing and a distinctive welcome to Wales<br>● encourage the development of shore based itineraries for cruise excursions that are attractively packaged and provide a distinctive and differentiating Welsh experience. | Welsh Government (Visit Wales) to coordinate partnership | **Partnership:**<br>Welsh Government<br>Local Authority<br>Industry<br>Regions<br>Cruise Wales<br>Destination Management Partnerships | Ongoing |
| Grow the value of overseas visitors to Wales arriving via near airports. | Work in partnership to raise awareness of Wales, and provide new reasons to visit both within the airports (Cardiff, Manchester, Liverpool John Lennon, Birmingham and Bristol) and in target source markets. | Welsh Government (Visit Wales) to coordinate partnership | **Partnership:**<br>Welsh Government<br>Regions<br>Local Authority<br>Industry<br>Destination Management Partnerships | 2 – 3 |
| **PRODUCT DEVELOPMENT** | | | | |
| **Strategic Priorities** | | | | |
| ● Stimulating investment in high quality, reputation-changing products and events<br>● Working with partners who have both a track record of success and growth potential<br>● Strategic prioritisation of Government investment | | | | |
| Improve the quality of the visitor experience across the industry including serviced and self catering accommodation, caravan and camping, attractions and activities. | 1. Review and update Visit Wales Investment Strategy, to identify investment priorities for tourism, based on future market needs, higher quality, economic benefit and product gaps. | Welsh Government (Visit Wales) | Welsh Government (Economy, Science and Transport/Sustainable Futures)<br>Industry | 1 |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| | 2. Increase the overall level of funding available to stimulate investment in tourism. | | Welsh Government (Economy, Science and Transport/ Sustainable Futures/ Local Government and Communities) Industry Local Authority | Ongoing |
| | 3. Support the industry to improve the overall product offer through a range of services including: Quality Assurance, and business advice and support. | | Industry Local Authority | Ongoing |
| | 4. Support the industry in improving the overall accessibility of the tourism product in Wales for all including: families; older people, and; those with disabilities. | | Industry Local Authority | Ongoing |
| Identify gaps and opportunities and develop appropriate responses for Wales. | Undertake research and benchmarking to identify product deficiencies and gaps in quality, fit for purpose products and facilities. | Welsh Government (Visit Wales) | Welsh Government (Economy, Science and Transport/ Sustainable Futures/ Local Government and Communities) Local Authority Industry Natural Resources Wales | 1 |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Stimulate capital investment in 'best in class' products which exceed customer expectations at all product levels, and which have the capacity to extend the season, in particular: | | Welsh Government (Visit Wales) | Welsh Government (Economy, Science and Transport/Sustainable Futures) Local Authority Wales Official Tourist Guides Association | |
| • more luxury and branded hotels | 1. Identify key development sites across Wales. | | | 1 – 3 |
| | 2. Develop relationships with branded products and potential inward investors. | | | 2 – 3 |
| • more well-being facilities such as spas and wellness centres | 1. Improve industry awareness of spa and well-being design and best practice. | | | 2 |
| | 2. Provide enhanced intervention rate for capital support towards spa/wellness facilities. | | | 2 |
| • more heritage hotels that utilise historic and distinctive buildings | 1. Identify key development sites across Wales. | | | 2 |
| | 2. Research and identify additional funding sources to support investment. | | | 2 |
| • more all year round visitor attractions, activities and cultural/heritage experiences that can increase the appeal and reputation of Wales | 1. Deliver industry workshop/learning journey to: • explore future market needs • share best practice • understand innovative opportunities   e.g. integrated ticketing, state of the art   interpretation – digital and first person, all   weather facilities, realise potential as film/TV   locations • explore funding solutions. | | | 2 |
| | 2. Provide enhanced intervention rate for capital support towards all weather facilities. | | | 2 |
| • more innovative, unusual and distinctive products that can enhance positive associations with Wales. | Provide 'tiger team' support for innovative projects with enhanced intervention rate for capital support. | | | 1 – 3 |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Increase participation in the national quality assurance schemes, to help raise quality standards and to provide customer assurance. | 1. Prepare communication plan, to improve consumer and industry awareness of the role and importance of the Quality Assurance schemes. | Welsh Government (Visit Wales) | Industry National Tourist Boards | 1 |
| | 2. Undertake research to understand the barriers to participation in Quality Assurance schemes. | | | 1 |
| | 3. Undertake a review of the Quality Assurance schemes sales function. | | | 1 |
| | 4. Introduce and implement changes to improve efficiency and increase scheme numbers. | | | 2 |
| Increase Wales' reputation as a high quality food destination. | Develop a food tourism action plan to provide a coordinated programme of activity to: <br> • improve the overall quality and range of the food offer <br> • raise awareness of the quality of the food offer to visitors <br> • encourage the use of locally sourced produce. | Welsh Government (Food) Welsh Government (Visit Wales) | Regions Industry Destination Management Partnerships | Ongoing |
| Increase the number, range and quality of Major and growth potential Events. | 1. Review and refresh the Major Events strategy – publish strategic action plan. | Welsh Government (Visit Wales) | Welsh Government (Economy, Science and Transport/Sustainable Futures) Local Authority Industry | Ongoing |
| | 2. Implement Major Events strategy/action plan. | | | |
| | 3. Provide strategic guidance and support for Major Events industry. | | | |
| | 4. Work with partners to develop a comprehensive calendar of events in Wales. | | | |
| Enable the visitor to identify and book all elements of their trip easily. | 1. Support the iconic product-led marketing approach through development support for iconic products. | Welsh Government (Visit Wales) | Industry Local Authority Regions Destination Management Partnerships | 1 – 3 |
| | 2. Identify methods to assist the visitor in identifying and booking their preferred experience. | | | 1 |
| | 3. Encourage the industry to work collaboratively to highlight what is available to the visitor. | | | 1 – 3 |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Increase the usage of technology, to aid business efficiency, marketing reach and enhance the visitor experience. | Demonstrating best practice and encouraging the uptake of digital solutions. | Welsh Government (Visit Wales) | Industry Local Authority Regions Destination Management Partnerships | Ongoing |
| Encourage the development of an International Conference Centre/Arena within the Capital Region. | Provide potential developers with research intelligence, land and property advice and appropriate funding support to stimulate investment. | Welsh Government (Economy, Science and Transport) | Welsh Government (Local Government and Communities) Local Authority Industry | Ongoing |

**PEOPLE**

**Strategic Priorities**

- Training our people so that they can thrive in the tourism sector
- Applying those skills to improve customer satisfaction and overall experience
- Changing perceptions of tourism as a career choice

| | | | | |
|---|---|---|---|---|
| Improve overall skill levels, to meet the current and future needs of the tourism and hospitality sector. | 1. Introduce a national skills framework outlining industry needs, skills gaps and skills shortages and actions required to meet shortfalls. | Welsh Government (Department for Education and Skills) People 1st | Welsh Government (Visit Wales) Industry | 2 |
| | 2. Where appropriate, develop appropriate solutions (qualifications, flexible learning and apprenticeships) that address specific skills gaps and/or skills shortages, and help improve the visitor welcome and experience. | Welsh Government (Department for Education and Skills) | People 1st Welsh Government (Visit Wales) Industry Trade Associations | 1 – 3 |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| | 3. Creation of a Network of hotel schools/centres of excellence, comprising organisations that offer excellent training and development opportunities and aspire to international accreditation where appropriate. | Welsh Government (Department for Education and Skills) | Welsh Government (Visit Wales) Industry People 1st | 1 – 3 |
| | 4. Support the development and piloting of a new Outdoor Programmes Apprenticeship, to ensure it fully reflects the needs of the outdoor sector in Wales. | Welsh Government (Visit Wales) | Welsh Government (Department for Education and Skills) Skills Active Wales Activity Tourism Organisation Institute of Outdoor Learning Regions | 1 – 3 |
| Improve perceptions of the career opportunities that exist within the tourism and hospitality sector. | Develop a plan to support and co-ordinate the activities of organisations across Wales, that can promote and/or provide information on:<br>• the fun and flexible job roles and career progression opportunities available<br>• work experience opportunities<br>• the qualifications and learning programmes that industry considers fit for purpose<br>• the learning providers that can support individuals in their career progression<br>• utilises the skills and experience of industry professionals<br>• develop the Ambassador programme approach. | Welsh Government (Visit Wales) | People1st Springboard Industry Careers Wales Welsh Government (Department for Education and Skills) | 2 |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Support the delivery of appropriate customer service training within the industry. | Prepare a plan to:<br>• increase the awareness of the importance of customer service<br>• recognise excellence in the delivery of customer service<br>• increase the number of customer facing staff in the Wales tourism industry that have been trained in a recognised customer service programme<br>• share best practice. | Welsh Government (Visit Wales) | Regions<br>Industry<br>People 1st<br>Local Community | 2 |

| PROFITABLE PERFORMANCE |
|---|

**Strategic Priorities**

• Building the capacity of the industry to utilise the latest technology to reach and influence potential customers
• Supporting higher profitability in tourism businesses through tools such as yield management

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Encourage Welsh hospitality businesses to source more local food, goods and services. | 1. Develop online industry information/toolkit to promote the benefits of using locally sourced goods and services. | Welsh Government (Visit Wales) | Welsh Government (Sustainable Futures)<br>Industry<br>Regions | 2 |
| | 2. Support initiatives that strengthen links between hospitality businesses and local suppliers of goods and services. | Regions | Destination Management Partnerships | Ongoing |
| Encourage higher levels of profitability, yield, competitiveness, innovation and entrepreneurship in the industry. | 1. Develop on and offline industry support, toolkits, awards, events and tailored advice to; demonstrate best practice; provide performance benchmarking information, and promote innovation. | Welsh Government (Visit Wales)<br>Industry | Welsh Government (Economy, Science and Transport)<br>Regions | 1 – 2 |
| | 2. Introduce industry mentoring service, using 'best in class' exemplars. | | | 2 |
| | 3. Provide tailored business advice to support higher levels of profitability and competitiveness. | | | 2 – 3 |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| | 4. Examine the feasibility of introducing a Fund for Innovation in Tourism to provide flexible, time-limited support for business innovation. | | | 2 |
| | 5. Promote a business clusters approach, to encourage joint working and business benefits. | Destination Management Partnerships | Regions | Ongoing |
| Encourage participation by businesses in schemes/ activities, which deliver enhanced environmental and business benefits. | Provide business advice to encourage better waste/water management, energy efficiency and sustainable energy use. | Industry | Welsh Government (Economy, Science and Transport/Sustainable Futures) Carbon Trust WRAP | Ongoing |
| Highlight the inward investment opportunities Wales offers. | 1. Tourism sector to be included in the Welsh Government inward investment marketing offer. | Welsh Government (Economy, Science and Transport) | Welsh Government (Local Government and Communities) Local Authority Industry | Ongoing |
| | 2. Provide potential developers with research and intelligence and appropriate funding to stimulate investment. | | | |
| Increase the profile of the visitor economy and the breadth of parties involved at a community, regional and national level. | 1. Deliver consistent messages on the role Tourism plays in the economy. | Welsh Government (Visit Wales) Industry Regions Local Authorities Tourism Associations | | Ongoing |
| | 2. Ensure a joined up approach to ensure consistency between initiatives. | | | |
| | 3. Facilitate the opportunity for local networking. | | | |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Improve the quality and reliability of market research information that measures consumer trends, attitudes and behaviour. | Deliver an integrated research programme that provides regular and timely information and communication on: benchmarking tourism performance; market trends and drivers of demand; supply led drivers of demand, and visitor satisfaction. | Welsh Government (Visit Wales) | Industry<br>Local Authority<br>Regions<br>National Tourist Boards<br>Business schools | Ongoing |
| Improve the reputation of Wales as a destination that provides a diversity of distinctive experiences including: heritage; music; arts; food; contemporary culture; ancestry, and; events. | 1. Working with the Cultural Tourism Partnership review/revise the Cultural Tourism Action Plan, to provide a coordinated programme of activity to:<br>• improve the overall quality and range of the cultural tourism offer through investment in new and existing products<br>• raise awareness of what is available<br>• stimulate access to the cultural experience through joint ticketing arrangements and better packaging<br>• champion the role of culture in helping the delivery of local regeneration programmes. | Welsh Government (Visit Wales) to coordinate partnership | **Partnership:**<br>Welsh Government<br>National Trust<br>Arts Council for Wales<br>National Museums and Galleries for Wales<br>Industry | 1 |
| | 2. Deliver programme of activity outlined within the action plan. | | | 2 – 3 |
| Maximise the tourism potential of the Wales coast. | 1. Through the Coastal Tourism Forum, develop the Coastal Tourism Action Plan, to provide a coordinated programme of activity to;<br>• improve the quality of the tourism product along the coast<br>• raise awareness of what is available<br>• improve opportunities to access coast based activities and experiences. | Welsh Government (Visit Wales) to coordinate partnership | **Partnership:**<br>Welsh Government<br>Natural Resources Wales<br>Industry<br>Local Authority<br>Wales Activity Tourism Organisation | 1 |
| | 2. Deliver programme of activity outlined within the action plan. | | | 2 – 3 |

## PLACE BUILDING

### Strategic Priorities

● Developing destinations that people want to visit and recommend

● Providing opportunities for local communities to deliver memorable visitor experiences

● Promoting improved transport links by air, sea, road and rail

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Support the development of distinctive places, destinations and environments which are meaningful to a visitor and are attractive, interesting and fun. | 1. Develop and implement a destination and product management approach across Wales, learning from best practice examples in the UK and Overseas. | Welsh Government (Visit Wales) Regions | Welsh Government (Visit Wales/Sustainable Futures) Local Authority Industry Natural Resources Wales Destination Management Partnerships | Ongoing |
| | 2. Support the delivery of quality tourist information, and promote the uptake of digital solutions where they add value. | | | Ongoing |
| | 3. Undertake regular visitor surveys to measure visitor satisfaction, product strengths and weaknesses and value for money. | | | Ongoing |
| | 4. Investigate opportunities to use the social enterprise model, to support partnership working at the destination level. | | | 2 |
| | 5. Work with Welsh Government colleagues to ensure that tourism features in local regeneration schemes throughout Wales. | | | 1 |
| Encourage more businesses and destinations to deliver a distinctive sense of place to visitors that utilise the best of our culture, heritage and language. | 1. Develop online industry information and toolkit to raise awareness of, and participation in, Sense of Place activities. | Welsh Government (Visit Wales) | Industry Regions | 1 |
| | 2. Provide business advice and case studies to support higher levels of Sense of Place and ways to bring the place to life. | | | Ongoing |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Improve the experience of car /coach/motorcycle based visitors to Wales. | 1. Introduce new policy arrangements for tourism signposting on trunk roads in Wales. | Welsh Government (Local Government and Communities) | Industry | 1 |
| | 2. Introduce a more sensitive approach to general road maintenance programmes. | Welsh Government (Local Government and Communities) | Industry Regions | 1 |
| | 3. Investigate new digital solutions to enhance the quality of tourist information and to improve traffic management, particularly at peak periods. | Welsh Government (Visit Wales) | Regions Local Authority | 2 |
| | 4. Improve the coach-based infrastructure at key destinations. | Local Authorities | Welsh Government (Visit Wales) Regions | Ongoing |
| Increase the use of public transport for journeys to and within Wales. | Work with transport operators, destinations, attractions and accommodation providers to:<br>• enhance the range and relevance of information on public transport;<br>• promote higher levels of public transport use;<br>• develop and promote 'real time' timetable information, integrated ticketing and daily/ weekly touring passes. | Welsh Government (Transport) | Regions Local Authority Industry Transport operators Destination Management Partnerships | Ongoing |

| What do we need to do to take the strategy forward? | How do we do it? | Primary Responsibility | Partnership Responsibility | Timing (year) |
|---|---|---|---|---|
| Improve the reputation of, highlight, and promote Wales as a sustainable tourism destination. | 1. Through the Sustainable Tourism Forum develop the Sustainable Tourism Action Plan, to provide a coordinated programme of activity, to improve the sustainability of the tourism and hospitality sector. | Welsh Government (Visit Wales) to coordinate Partnership | Welsh Government Natural Resources Wales Industry Local Authority Wales Activity Tourism Organisation | 1 |
| | 2. Deliver programme of activity outlined within the action plan. | | | 2 – 3 |
| Continue to develop the visitor potential of the Cardiff City region. | Work in partnership to deliver and promote the Cardiff offer. | Local Authority | Welsh Government (Visit Wales) Regions Industry | Ongoing |
| Support the extension of the incoming route network, passenger numbers and attractiveness of Cardiff Airport, and maximise the potential of the ports and near airports in England. | 1. Support Airport re-branding and promotional campaign. | Welsh Government (Economy, Science and Transport) | | 1 |
| | 2. Support the strategy for attracting more incoming flights and passenger numbers, to realise the full economic impact of the airport. | | | 1 – 3 |