# NYS Department of State

## Division of Corporations

### Informational Message

The information contained in this database is current through August 20, 2018.

No business entities were found for pablo star.

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

[Ok]

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

EXHIBIT 1