

Home  /  USA

< back to Home

# USA

### Washington DC

Welsh Government Office
Head Office North America
British Embassy
3100 Massachussets Avenue, NW
Washington, DC 20008

Tel: +1 (202) 588 6623

Gareth Morgan - Head of North America - Gareth.Morgan4@wales.gsi.gov.uk

Jon Walters - Deputy Head of North America - Jon.Walters@wales-uk.com

Erin Weyen - Corporate Services Manager - Erin.Weyen@wales-uk.com

### New York

Welsh Government Office
British Consulate-General
845 Third Avenue
New York, NY10022

Tel: +1 (212) 745 0415

Efe Sokol - Senior Representative - Efe.Sokol@wales-uk.com

**EXHIBIT 4**

Catrin Brace - Head of PR & Marketing N America - Catrin.Brace@wales-uk.com

Withdraw consent

## Chicago

Welsh Government Office
British Consulate-General
625 N. Michigan Avenue, Suite 2200
Chicago, IL 60611

Tel: +1 (312) 970 3802

Simon Heydon  - Senior Representative - Simon.Heydon@wales-uk.com

## San Francisco

Welsh Government Office
British Consulate-General
One Sansome Street, Suite 850
San Francisco, CA 94104

Tel: +1 (415) 617 1355

Jill Scott - Senior Representative - Jill.Scott@wales-uk.com

## Atlanta

Welsh Government Office
British Consulate-General
133 Peachtree Street, NE Suite 3400
Atlanta, GA 30303

Tel: +1 (404) 954 7741

Erica Stevens - Senior Representative - Erica.Stevens@wales-uk.com

For general inquiries relating to trade and investment opportunities between Wales and North America, please email us

EXHIBIT 4

at walesusa@wales-uk.com or walescanada@wales-uk.com

**Withdraw consent**

Accessibility Statement     Privacy policy     Terms and Conditions     Sitemap

EXHIBIT 4