**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PABLO STAR LTD., *et al*., | |
| Plaintiff, | |
| v. | Civil Action No. 15-CV-1167 |
| THE WELSH GOVERNMENT, *et al*., | |
| Defendants. | |

<u>**DECLARATION OF ROB HOLT**</u>

I, Rob Holt, declare as follows:

1.     I have personal knowledge of the facts stated herein and if called upon to do so, I could truthfully and competently testify thereto.

2.     I am the Deputy Director Tourism Development and Major Events of the Department of Economy, Skills and Natural Resources for the Welsh Government, which is a political subdivision of the United Kingdom.

3.     To the extent that the Welsh Government has offices in the United States, they are part of the British Embassy or Consulates. It has four people located in the District of Columbia (one is based in the United States and three are based in the United Kingdom), two people in New York, and one each in Atlanta, Chicago and San Francisco

4.     The Welsh Government protects and promotes tourism and culture. *See, e.g.*, Ex. A, incorporated by reference; Dkt No. 99 Exs. 13-14.

5.     Visit Wales is not a separate legal entity. It is merely the name of the administrative division of the Welsh Government charged with carrying out the Government's

3119193

policy to promote tourism to Wales. The Department for Economy, Skills and Natural Resources is charged with the promotion of tourism in Wales.

6.      The Government promotes tourism from visitors in the United Kingdom, the United States and other parts of the world. The strategic and action plans for tourism were developed by the Government in Wales, not the United States.

7.      The computer servers for the Welsh Government, including those used for its tourism promotion activities, are created and maintained in the United Kingdom. Those servers host the digital and web content for the Government's tourism promotion activities. The website vistwales.com, among others, are operated by the Welsh Government. The Welsh Government had contracted with CSC Corporate Domains, Inc. to obtain the website address (visitwales.com), but the content of the site has always been created and maintained on servers located in the United Kingdom.

8.      The Welsh Government did not itself offer for sale or sell any copies of the two photographs at issue in this case.  Ex. 4 attached to the Second Amended Complaint is not an offer to sell by the Welsh Government.

9.      Ex. B to the Welsh Government's memorandum in support is a true and correct copy of the Welsh Government's Standard Imagery End User License Agreement, which expressly provides that any licensed image may not be used for "promotion of non-tourism related, non-inward investment related or commercial products." The Welsh Government did not use the photographs at issue for profit.

10.     In addition to this case, Pablo has sued the Welsh Government in foreign courts. In July 2015, Pablo Media sued the Welsh Government in Ireland. Ex. C, incorporated by reference. The court dismissed that case on grounds of sovereign state immunity in December

2

2016. Pablo sued the Welsh Government in Holland in October 2015. A defense has been filed and the case is pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 23, 2018                    Rob Holt

3119193



Llywodraeth Cymru
Welsh Government

December 2016

# Light Springs through the Dark: A Vision for Culture in Wales



EXHIBIT A

# Culture is important.

I am making this statement because I wish to...

- Remind people how important culture is. At times like these it is more important than ever to people and communities; a vital buttress that protects and enhances our quality of life.

- Promote more debate within Welsh politics and society about the value of culture, and how best we can work together to nurture and promote it.

- Encourage bright ideas and initiatives, from whatever source.

- Set out my ambitions for culture for this Assembly term, and unite our efforts across Government to extract maximum value from our investment in Culture.

The Welsh Government is fully committed to culture. By 'culture', or 'diwylliant' in Welsh, we mean the arts, music, literature and heritage or put another way, all of the creative activities that give people purpose, and a sense of belonging and identity.

We see culture as a priority. We believe in it for its own sake, and in supporting it with public funds. Culture is central to our society and our sense of nationhood, and embodies both our national languages and their respective cultures. We also believe in artistic and cultural freedom, which is why we support 'the arm's length principle'.

Culture empowers. It is hugely important in developing confidence, skills, and employability. Culture is also increasingly important to our economy, and it makes a vital contribution to other key areas of public life, including health, education, and regeneration.

All this is reflected in our Well-being of Future Generations Act 2015, in which 'a vibrant culture' is one of the seven national goals. As the goal is described this is about creating 'a society that promotes and protects culture, heritage and the Welsh language, and which encourages people to participate in the arts, and sports and recreation'.

However there is work to be done to re-unite our country. The result of the Referendum on EU membership showed that we have a divided society. We need to reconcile divisions, and ensure people feel connected and enfranchised.

Persuading more people to take part in creative (and physical) activity is vital, if we are to get them to re-connect and believe that they have a stake in Welsh society.

Taking part brings all kinds of benefits. It brings enjoyment, but it also helps people to become more confident, and to find out about themselves and their communities. It can boost personal, physical and mental well being. We start from a good base, but we should aim higher: I want Wales to be the most creatively active nation in Europe.

EXHIBIT A

I am determined that we should continue to send a confident, outward-facing message to the rest of Europe and beyond. Wales welcomes you. We value cultural exchange. We are a vibrant, innovative and forward looking country. We want you to visit, and to experience what we have to offer.

My vision is of a Wales where culture is central to the nation's life and well-being, a place where talent is revealed, nurtured and shared. Unless we strive to be creative and active we will never be as healthy, fulfilled or as happy as we'd wish.

## The current landscape: where we are now

We have tremendous assets, which is a tribute to public investment, and to the sector's work, notably over the past 2 decades. In many ways the current cultural landscape is very positive. Wales has a long cultural tradition, great talent and innovation. We have some excellent infrastructure, and we have a rich, vibrant, bilingual offer. Levels of attendance at cultural events, and active participation in cultural pursuits, are high – in 2015, some 79% of adults attended at least one arts event, whilst 40% participated in artistic activities.[1] There is also a really strong connection between our natural heritage and our cultural heritage and identity. Our landscape continues to frame, and inspire, much of our contemporary cultural output.

We have world class attractions, such as our three UNESCO World Heritage Sites, and Cadw's castles and monuments. We have state of the art facilities like the Wales Millennium Centre, the National Waterfront Museum, Pontio, the Glamorgan Archives, BBC Roath Lock and Pinewood studios.

And of course we have outstanding collections like those at our seven National Museum sites, at the National Library and our national digital archive the People's Collection, in Côf Cymru our online record of Designated Historic Assets, in the Coflein online catalogue of archaeology, buildings, industrial and maritime heritage, and in places like the Glynn Vivian Art Gallery, Oriel Mostyn, and Oriel Kyffin Williams.

Wales is producing world class output in many different fields, for example Welsh National Opera, National Theatre Wales, Theatr Clwyd, BBC National Orchestra of Wales, Artes Mundi, Cardiff Singer of the World, and TV and film productions including Dr Who and Sherlock. It also hosts a rich variety of events and festivals, including the national, local, and youth eisteddfodau, and the Hay, Green Man, Wakestock and Number 6 festivals.

All of this is helping to attract more and more people to visit Wales, drawn in part by their desire to experience our special and distinctive culture. Added to this, our creative industries are the fastest growing sector of our economy. And hundreds of our artists, curators, archivists, musicians and dancers are working in schools, hospitals, and in the community to develop people's creativity, confidence and well-being.

### So there is a huge amount to enjoy and to celebrate. But...

...there is real uncertainty and anxiety, notably over EU funding and reductions in local authority support. Due to these pressures, the sector is losing experienced and specialist staff, which is putting its professionalism at risk. As public funding falls, there is a clear need for the culture sector to up its game still further on fundraising, marketing, and income generation.

[1] Figures are taken from Arts Council of Wales Omnibus Survey 2015.

EXHIBIT 3A

Although we are making progress, there are still too many people who feel that culture is elitist, or that experiencing or taking part in it 'is not for them'.

Whilst digital technology is revolutionising the way people create and consume culture, there are still parts of our country that feel disconnected. Similarly, whilst technology is becoming ever cheaper and more personalised, there are parts of the culture sector that have yet to exploit its potential. Whilst there is growing evidence of the effectiveness of cultural activity in helping to address other key agendas, such as health and well-being, regeneration and tackling disadvantage, and much good work is going on, I believe the culture sector can contribute even more in these areas.

### How culture contributes to other agendas

At a time like this it would be easy to say that we cannot afford to invest in culture, that it is some kind of 'luxury spending' that can no longer be justified. To adopt that approach would be a serious mistake. Culture is important, and has intrinsic worth. But we should also recognise its growing value to our economy, and the vital contribution

that it can make in the effective delivery of other areas of public policy. The remainder of this document summarises that contribution, grouped around the four key themes within our Programme for Government.  It then suggests ways in which the culture sector, with the right backing and encouragement, can do even more.

Finally, it lists the actions we as a Government intend to take during this Assembly term to support the culture sector, and the contributions we are looking for from our partners. If we work together, we can build an even more creative nation, known for its vibrant, bilingual culture that can be enjoyed by everyone.



**Ken Skates AM**
Cabinet Secretary for Economy and Infrastructure

**"Culture is ordinary: that is where we must start"**
Raymond Williams (1958)

EXHIBIT A







EXHIBIT A

5

Light Springs through the Dark: A Vision for Culture in Wales. December 2016

# Prosperous & Secure



## Economy

The creative industries are a vital engine of our economy. They contribute jobs and wealth and help to put Wales on the map, raising its image world-wide. The latest figures (2014) show that we have over 5,300 creative businesses, which generate over £2.1 billion annual turnover, and give employment to over 49,000 people.

The culture sector produces talented individuals with transferable skills that benefit our creative industries. The not-for-profit culture sector can develop digital initiatives from which the commercial creative industries subsequently benefit.

Cultural organisations are more able to experiment with new forms of digital media outside of a commercial setting, so successful initiatives can then be used commercially. Our heritage organisations are increasingly making sites available and accessible for filming, which generates revenue, and showcases those sites to a global audience. Successful productions like *Hinterland, The Library Suicides, Jack to a King: the Swansea Story, Poet in New York, Stella*, and the Oscar nominated *Y Syrcas* all show the scope for more productions which serve as a 'shop window' for Wales' culture and tourism.

6





One example is volunteering: almost 1,500 volunteers helped to deliver the cultural events we supported in 2015. Another benefit is return visits – for example concerts or festivals at historic sites can encourage a whole new audience to those sites. Events can also provide a high profile platform for promoting the Welsh language.

Looking ahead, many of our more prominent events are recognised as national and international leaders in their field. However examples such as the Hay, Green Man and No.6 Festivals are at or close to full visitor capacity. So the coming challenge will be to protect what makes them special and distinctive, whilst finding ways to develop and exploit their virtual, off-site, digital audience, through greater use of live-streaming and webinars.

Looking ahead: we plan to establish 'Creative Wales' to support the creative industries; this new body will sustain at least 850 jobs and £40 million a year in production expenditure. We will help recipients of start-up and entrepreneurship support to operate within shared creative spaces, and promote closer collaboration with the education sector to ensure a constant pipeline of skills to boost the growth of the creative sector.

Our events industry is a key sector in its own right. Cultural events are one of the two key elements, alongside sporting events. It is a highly skilled sector which provides good quality jobs and training. Welsh Government supported cultural events alone supported over 500 jobs in the wider tourism economy during 2015. There is also a significant social impact from hosting events and festivals. They have the power to connect to people and communities from all backgrounds, and to promote participation.

**Examples**

Pinewood studios
www.pinewoodgroup.com/our-studios/uk/pinewood-studio-wales

BBC Roath Lock
www.roathlock.com

Do Lectures
www.thedolectures.com

Focus Wales
www.focuswales.com

Green Man
www.greenman.net

Gregynog Festival
www.gregynogfestival.org

Hay Festival
www.hayfestival.com/wales

Gwenfflam Caernarfon Alight

EXHIBIT A

## Tourism



Culture is at the heart of the new Wales brand, which aims to harness our creativity to reveal new stories that complement our country's rich culture. Parts of the culture sector are very significant tourism attractions, boosting visitor numbers, generating demand for transport, accommodation, catering and other tourism-related business. £150 million per year is spent on holidays where culture and heritage is the main activity. More and more people are visiting Wales to experience our culture and cultural heritage.

That includes our food and drink, essentials of life which are distinctive and create memories. Developing tourism also means developing food tourism, with action plans in place, and activities underway, to raise visitors' opportunities to sample our fare. This in turn helps to develop our growing food and drink industry.

Our tourism sector supported employment of 132,400 people in 2015 and contributed a GVA (Gross Value Added) of £2.8 billion in 2014 [2]. Cultural tourism is a vital component of this: 61% of overseas visitors cite our historic sites as a key reason for their visit to Wales. Looking ahead, our success in developing cultural tourism will depend on investing in the visitor experience, including good quality accommodation at our landmark cultural attractions.

But it will also depend on visitors knowing what we have, and when. We need to pique their curiosity, and tempt them with the opportunity to enjoy an authentic and distinctive experience of what our culture and our people have to offer. Future challenges include using digital platforms to promote easier access to information. We must also ensure that the cultural riches of Wales are featured and written about in the mainstream media and popular press.

Major events will continue to lure visitors. But we also need to brand activity more clearly, and invent new cultural tourism products, such as the proposed A55 Culture Corridor. We also need to encourage our heritage and cultural institutions to work together more, to maximise their commercial performance. The establishment of 'Historic Wales' will help us to achieve this. We need to maximise the economic potential of our historic sites. There is great potential – for example the recent investment in world-class visitor facilities at Harlech Castle resulted in an increase of over 25% in visitors to Harlech in just one year.

### Examples

**Harlech Castle**
www.cadw.gov.wales/daysout/harlechcastle/?lang=en

**Dylan Thomas 100**
www.dylanthomas.com/dylan-thomas-100

**St Fagans National History Museum**
www.museum.wales/stfagans

[2] Source: Welsh Government Priority Sectors.

EXHIBIT A

## Regeneration

The way that culture can be a catalyst for re-generation is a defining characteristic of our time. The quality of a locality's cultural facilities has a powerful influence on business people when they are thinking about where they should base their companies. Business decision-makers want a good quality of life for themselves, their families and for their employees.

People prefer to live and work in areas they find attractive and distinctive. There is great potential for the cultural and creative sectors to support the new city deals and place-based regeneration generally. It is an opportunity that must not be missed. There is much we can learn from what has been achieved in other UK cities such as Manchester, Edinburgh, Liverpool and Stoke-on-Trent, and also from cities overseas, like Barcelona and Bilbao.

Culture, in its many different forms makes a key contribution towards creating diverse, vibrant, and viable places. New or refurbished venues, galleries and museums can be the catalyst for further regeneration, and the establishment of 'cultural quarters' in our town and city centres, which in turn helps to create further vibrancy and diversity. Similarly, our heritage sites and historic places have an important part to play in supporting regeneration. They are at the heart of identity and distinctiveness, and can make a decisive contribution to quality of place. One example is Caernarfon, where enhancements to the townscape are creating a vibrant and fitting setting for the castle, which is a world heritage site.

Looking ahead, the culture sector has the potential to play a defining role in major regeneration projects such as the Cardiff Capital and Swansea Bay city regions. But, as we know from a previous generation of EU funded

capital investment across Wales, these developments cannot succeed solely on the basis of the physical infrastructure they create. If genuine transformation is to be achieved, hearts and minds will need to be won over, by taking a holistic view of the way that a city or region lives and breathes, and the well-being it creates.

This can only be achieved if all citizens feel they have a stake in liveable places. Culture holds a key, at all levels in regeneration and place making, but only if it is mobilised, supported and cherished.

**Examples**

Wales Millennium Centre (Cardiff Bay)
www.wmc.org.uk

Caernarfon Waterfront Regeneration Initiative
www.gwynedd.llyw.cymru/en/Businesses/Regeneration/Caernarfon-Waterfront-and-Town-Centre-Regeneration-Initiative.aspx

Wrexham Arts Hub

Pontypridd YMCA (The Hub)

Swansea High Street culture quarter

Denbigh Townscape Heritage Initiative
www.dcfw.org/denbigh-townscape-heritage-initiative-denbighshire

The BBC at Central Square (Cardiff)
www.centralsquarecardiff.co.uk

EXHIBIT 9A

## International



Our culture has always been one of our greatest exports. In recent years, some cultural organisations and practitioners have played a prominent role in helping to promote Wales, and its culture, to the world; for example Wales at the Smithsonian (2009), Womex (2013), and Wales in Venice (2003 to the present).

However in 'post-Brexit' Wales, soft power will have an increasingly important role to play, if we are to convince others that Wales is a modern, outward-facing nation, for them to visit and do business with. If our soft power can be deployed effectively, there are huge potential benefits in terms of developing trade, helping to attract inward investment, and encouraging more tourism from overseas.

Looking ahead, we must further develop our relationship with bodies including the British Council, Visit Britain, and the international arm of the Arts Council of Wales, Wales Arts International. If we get effective, joined up relationships we will be better able to promote Welsh culture overseas, and to ensure that Wales has appropriate representation in relevant UK initiatives. From trade missions to diplomatic visits, international showcases to educational exchange, the culture of Wales should be an important

calling card. Part of ensuring that we as the Welsh Government have a clear agenda for international engagement will be to work more closely with Wales' international activists in the cultural sector.

Following the recent Referendum, the potential reduction in freedom of movement of people, goods and services to and from the EU is a major concern. Any new restrictions could make it very difficult to bring some creative organisations and professionals into Wales. We need to support such practitioners to continue to work here, for example by securing a cultural exemption clause to restrictions on freedom of movement. We must deliver a strong message that Wales has an international outlook, and wants to continue working with our European partners. We must also ensure that any loss in EU funding for our culture sector is replaced by UK national funds.

### Examples

NoFit State in Australia
www.nofitstate.org/blog/admin/bianco-goes-australia

Wales in Venice
www.arts.wales/artsinwales/venice

Wales in Edinburgh
www.wai.org.uk/wales-in-edinburgh

National Museum Wales in China
www.museum.wales/blog/2011-10-31/Chongqing-and-Wales

BBC National Orchestra of Wales in Patagonia
www.bbc.co.uk/news/uk-wales-34687319

EXHIBIT A

Light Springs through the Dark: A Vision for Culture in Wales. December 2016

# Healthy & Active



## Health and social care

Engaging with creative activity can have a positive impact on health and well being. By supplementing medicine and care, cultural and creative activities can improve the health of people who experience mental or physical health problems. Well-being, in its widest sense, is a key outcome of arts and cultural activity.

Creativity, culture and the arts can help raise aspiration, confidence, a sense of community and cohesion, and individual and community well-being. They can contribute to improved public health. Creative activity can promote healthy living and lifestyles, positive messages around public health issues, and contribute to health, well-being and prevention. It can also improve the mental, emotional and physical state of Health Service users, improve health and social care environments for staff and service users, and help medical staff, carers, patients and families to communicate more effectively with each other.

There is already a diverse range of individuals and organisations working in this field. These include arts therapists, researchers and curators who manage arts and culture programmes in hospitals.



There are also many individuals and organisations who work in the community to provide cultural opportunities for people experiencing ill-health, or who require long-term social care. These include libraries, choirs, painting clubs and dance groups. In these ways, the culture sector is playing a vital part in keeping people well and for some, in avoiding the need for expensive medical interventions.

Looking ahead, there is scope for the culture sector to play a significant role in shifting the emphasis of our health care system – from one focusing on ill-health, to well-being and prevention. There is already much good work going on. Throughout the Welsh NHS, cultural interventions are helping to improve healthcare environments and to provide better quality facilities for patients and staff – for example arts therapists, researchers, and curators who manage cultural programmes in hospitals, and targeted programmes in the community like the Wales Council for Voluntary Action and Cwm Taf Health Board 'Wales Well-being Bond'.

We will be extending this work under our new Programme for Government, by encouraging such interventions, by expanding the 'social prescription scheme' aimed at improving mental and physical health. This will help us to meet our Well-being goal of a 'healthier Wales,

in which people's physical and mental well-being is maximised and in which choices and behaviours that benefit future health are understood'. There is also scope for more collaboration between the sports and culture sectors. The two sectors can help each other – as evidenced for example by the National Trust's hosting of park runs and heritage walks, and the work of dance companies like Rubicon in introducing contemporary dance to boys and girls, during PE lessons.

More broadly, programmes that use sportsmen and women to promote literacy in schools, and Welsh Gymnastics' ambitious social enterprise schemes are signposting future potential opportunities for the sectors to work together. We will look to both sectors, and the sponsored bodies, to take this work further.

**Examples**

Betsi Cadwaladr UHB Arts in Health and Well-being programme
www.wales.nhs.uk/sitesplus/861/page/84956

cARTrefu arts in social care
www.ageuk.org.uk/cymru/health--wellbeing/cartrefu

Better with Books' scheme
www.nhsdirect.wales.nhs.uk/lifestylewellbeing/bookprescriptionwales

WCVA Wales Wellbeing Bond
www.wcva.org.uk/media/2294746/wales_wellbeing_bond_-_cwm_taf_overview.pdf

'Singing for the Brain', Canolfan Gerdd William Mathias/Alzheimer's Society project

EXHIBIT A

Light Springs through the Dark: A Vision for Culture in Wales. December 2016

# Ambitious & Learning



## Education

For many young people, culture is the catalyst for developing independent critical thought. It inspires them with ambition and confidence. It challenges poverty of aspiration, and helps to break the cycle of deprivation caused by low educational achievement. It can be the key that unlocks the door to further and higher education, and to eventual employment.

Our joint £20 million programme with the Arts Council of Wales, 'Creative Learning through the Arts' is changing the profile of the arts and culture within our schools. This programme is putting creativity and the arts at the

heart of young people's learning. Two years into this 5 year initiative there is growing evidence that the programme is improving attainment, increasing opportunities, and enabling learners and teachers to develop their skills and creativity. It was praised by Professor Graham Donaldson in his 'Successful Futures' report.

This recommended that our new national curriculum should have six Areas of Learning and Experience, and that one of these should be The Expressive arts, alongside Health and well-being; Humanities; Languages, literacy and communication;

EXHIBIT 3A 

Mathematics and numeracy; and Science and technology. As we look ahead, a key task will be to continue to embed the programme of change underway in our joint 5-year, £20 million initiative, 'Creative Learning Through the Arts'. We will support schools in the delivery of the new curriculum through the integration of creative teaching methodologies, supporting teachers in the enhancement of their own creative skills. We want schools in Wales to be creative, inspiring environments in which culture enlivens and animates school life. We will also create and help to resource a National Endowment for Music, to help young people to realise their musical talents.

## Skills



The cultural sector has a part to play in developing the skills of Wales's wider workforce. Creativity is permeating more and more areas of social and economic activity. The dominant global companies used to be concerned with industry and manufacturing, but nowadays they are mainly in the fields of communications, information, entertainment, science and technology. These areas of work all require high degrees of creative imagination and entrepreneurial vision, qualities that culture and the arts are ideally placed to nurture and promote. Increasingly, employers emphasise the need for qualities and aptitudes that academic qualifications don't always produce: creativity, communication, empathy, flexibility, and team-working.

The cultural sector also has a crucial role in helping people who for one reason or another are not in education, employment or training. Initiatives like the Arts Council of Wales's 'Reach the Heights' programme have shown how effective cultural bodies can be in re-engaging young people who are not in employment, education or training, or at risk of this, and at helping them to acquire the 'soft' skills they need, such as confidence and improved communication, to re-engage with the workforce.

A further role lies in maintaining the sector's own skills base. Creative and Cultural Skills, as the national skills academy, has a vital role in attracting young people to work in the creative sector, and to help that sector to flourish.But cultural providers also have an important part to play. Cadw, for example, helps to ensure that specialist traditional skills are retained for the benefit of future generations by actively engaging in traditional skills development. Its in-house conservation crafts team Cadwraeth Cymru, has 25 skilled conservators. Cadw also uses its Historic Buildings Grant scheme to lever skills development and access opportunities. The national arts companies also have an important responsibility to support skills development within their specific art forms; this is something the Wales Millennium Centre, for example,

EXHIBIT A

has been active in doing through placements, mentoring of partner venues, and provision of sectorial training.

Looking ahead, we must nurture the skills and creativity of all young people, but also stretch those who are more able and talented. From the earliest ages we can develop important skills and disciplines, but we also need pathways for these young people to move effectively into further and higher education or the world of work. We must encourage our universities and colleges in their efforts to build nationally significant centres of learning and research.

We have a strong base to build upon. The University of South Wales' Faculty of Creative Industries, for instance, has more than 3,000 learners studying in the fields of theatre, performance, sound and music, animation, games, visual effects, journalism, media, film, art, design, fashion and photography. The Royal Welsh College of Music and Drama, as our National Conservatoire, delivers advanced training for the most talented Welsh students alongside learners from the rest of the UK and overseas. Such training equips graduates to take up positions in the cultural system of Wales and elsewhere. The culture and creative industries sectors should work more closely with universities and colleges to help design and deliver industry-accredited courses which are focused on the needs of the relevant industries.

We also need the culture and creative industries sectors to be more proactive at promoting the careers that they can offer, and to develop more apprenticeships, traineeships and mentoring opportunities. There is a particular need to develop the supply chain for the creative sector. At present, there are not enough skilled technical staff in Wales to support our growing TV and film production sector. These shortages fluctuate rapidly over time and range, from carpenters to accountants to hair and make up artists; this highlights the need for proactive and agile programmes to train and retrain people.

**Examples**

Lead Creative Schools
www.arts.wales/what-we-do/
creative-learning/the-lead-creative-
schools-scheme

Experiencing the Arts Fund
www.arts.wales/what-we-do/
creative-learning/the-all-wales-
arts-and-education-programme/
experiencing-the-arts

Every Child a Library Member
www.libraries.wales/schools

Summer Reading Challenge;
www.libraries.wales/staff-toolkit/
summer-reading-challenge-2016

Sistema Cymru: Codi'r To
www.sistemaeurope.org/wales

Cadw education programme
www.cadw.gov.wales/
learning/?lang=en

Cadw Cadwraeth Cymru

ACW 'Reach the Heights'
programme
www.arts.wales/what-we-do/
research/latest-research/reach-the-
heights-participation-programme

Wales Millennium Centre Creative
Apprenticeship Scheme
www.andrewlloydwebberfoundation.
com/grants-awarded/wales-
millennium-centre

EXHIBIT 5A

Light Springs through the Dark: A Vision for Culture in Wales. December 2016

# United & Connected



### Tackling poverty and disadvantage

As Baroness Andrews set out in her 2014 'Culture and Poverty' report, the culture sector has a vital role to play in tackling poverty and disadvantage. Our 'Fusion Programme' is showing how culture can empower disenfranchised and alienated people, and give them a voice. This programme is breaking down barriers, and identifying new ways to encourage people to visit and participate in cultural sites and projects. Of the 1,500 people involved in Fusion projects in 2015, nearly a third took part in courses, volunteered, or achieved a new skill or qualification. This is a radical new way of focussing our cultural investment on those most in need. By co-ordinating joined-up working at a local level, with only a relatively small investment, the cultural sector has shown it can innovate and collaborate to provide better outcomes for people needing support.

Looking ahead, we will strengthen the Fusion programme by focussing on activities that promote pathways into employment. Cultural bodies can play an even greater role in providing structured volunteering opportunities, training placements and accredited learning, all of which increase confidence, motivation and employability through the acquisition of vital skills.

EXHIBIT A

We will continue to evaluate the impact and effectiveness of the programme, on a continuous basis.

> **Examples**
>
> National Library 'Cynefin' project
> www.cynefin.archiveswales.org.uk
>
> 'Kids in Museums'
> www.kidsinmuseums.org.uk/
> manifesto-wales
>
> 'Young Promoters'
> www.nightout.org.uk/night-out/night-out-young-promoters-scheme.aspx
>
> Fusion: 'Positive Identity'(Newport)
> www.facebook.com/UrbanCircle
>
> Fusion: Oriel Crafters /'
> Make Trips' (Wrexham)
> www.wrexham.gov.uk/english/
> community/arts_centre/arts_centre_
> home.htm

## Equalities



Cultural organisations and activities play a particularly important role in bringing people and communities together. Involvement in the arts, culture and heritage enables different and excluded voices to be heard, unlike in so many other walks of life. Many such organisations are doing excellent work to encourage groups who, for one reason or another, have felt excluded from cultural venues and activities, to access or participate in them. This includes, for example, people with disabilities, people from black and minority ethnic communities and older people. Such initiatives include free or discounted ticket prices, special showings and taster sessions, and tailored projects in the community.

Looking ahead, despite the sector's special role in promoting the equalities agenda, many cultural bodies still have work to do, to become truly representative of the communities they serve, and to ensure that their work is fully accessible to everyone. Overall, the sector needs to develop a workforce that better reflects the diversity of Wales, to improve representation in its governance structures, and to increase the diversity of its audiences, participants and users. By doing this, the culture sector will help us to meet our well-being goal of a more equal Wales, where people are enabled to fulfil their potential, no matter what their background or circumstances.

> **Examples**
>
> Hijinx Unity Festival
> www.hijinx.org.uk/unity
>
> Disability Arts Cymru
> www.disabilityartscymru.co.uk
>
> The Iris Prize
> www.irisprize.org
>
> The Hynt scheme
> www.hynt.co.uk/en
>
> Gwanwyn Festival
> www.gwanwyn.org.uk

### The Welsh language





There is an intrinsic relationship between the culture of Wales and the Welsh language, and the culture sector has a crucial role in supporting our Welsh language strategy. This includes increasing the provision of Welsh-medium activities for children and young people, and strengthening the position of the Welsh language in the community. The National and local Eisteddfodau, and Urdd Gobaith Cymru, have a particularly significant role, not only in maintaining and growing the language, but also in increasing participation in cultural activity at a grass roots level.

Other community organisations and resources also play a vital role in supporting the language; for example local libraries, which provide access to Welsh books and materials, and other Welsh language activities such as reading groups.

The media also plays an important part in supporting the language. The range and standard of Welsh-language programming on S4C and BBC Radio Cymru helps maintain Welsh as a modern language. The broadcasters also help to increase awareness of the language among those who can and cannot speak Welsh. Although broadcasting is not devolved, the Welsh Government is committed to doing all it can to ensure that Welsh-language broadcasting continues to thrive. Our continued financial support for a Welsh language daily on-line news service also contributes to our aspiration of seeing plurality of news services in Welsh.

Looking ahead, the culture sector has an important role to play in supporting our goal of having one million Welsh speakers by 2050. If we are to achieve this, the sector must do more to support the provision of activities in Welsh, and to develop distinct events and activities which celebrate and raise awareness of 'diwylliant', our unique Welsh language culture. It should also ensure that both diwylliant, and culture, are woven into any major events as part of how we project ourselves to the world at large.

**Examples**

Urdd Gobaith Cymru
www.urdd.cymru/cy

Theatr Genedlaethol
www.theatr.cymru

Theatr Bara Caws
www.theatrbaracaws.com

Creature Battle Lab' (gaming)

Sain Records digitisation project

Ballet Cymru/S4C dance campaign

EXHIBIT A

## Volunteering





There are around 4,000 amateur arts, crafts and heritage groups across Wales, everything from choirs, orchestras, brass bands, amateur theatre groups, archivists and curators, to folk dancers, lace makers, quilters and painters.

Most of these are local voluntary organisations; they receive no public funding, and are largely self-sufficient, covering costs through member fees and income from ticket sales. Most creative participation happens in such groups, and an estimated 650,000 people regularly participate in them.

This kind of voluntary activity is about self-improvement, networking and having fun. Such groups give people who would not otherwise participate in culture, arts and heritage the opportunity to do so within their local community.

At a time when there is huge competition for time and money, such groups are thriving by utilising the expertise, experience and relationships of their members, friends, families and the local community.

Looking ahead, we must promote the individual and community benefits of cultural volunteering, highlighting the many ways that people from all walks of life can get involved. Volunteers can do so much to sustain the cultural activities on which local communities depend. Community Asset Transfers are finding new ways of putting important local facilities into the hands of local people. We are committed to supporting this activity. We will also keep a careful eye on the rules and regulations of licensing that can sometimes make the difference between something of local value happening or not. There is scope for all parts of the culture sector to create more, good-quality volunteering opportunities, for example by training volunteers to digitise collections.

### Examples

National Eisteddfod/
Eisteddfod Genedlaethol
www.eisteddfod.wales

National Library Cynefin project
www.cynefin.archiveswales.org.uk

National Library of Wales
'Helping us to Achieve' project
www.llgc.org.uk/about-nlw/work-
with-us/volunteer

Blaenavon World Heritage Youth
Ambassadors
www.visitblaenavon.co.uk/en/
Education/YouthAmbassadors/
Youth-Ambassadors.aspx

EXHIBIT A

## Digital





Looking ahead, digital technology represents a huge opportunity for the creative and cultural sector. It needs to do more to promote and share its offer, and to exploit its IP. For example we have amazing cultural collections, but many of these are in storage. The public has a right to see this work, and digital platforms are a great way to make this happen.

### Examples

The People's Collection
www.peoplescollection.wales

Sibrwd
www.sibrwd.com

UCAN GO
www.nesta.org.uk/our-projects/
digital-rd-fund-arts-wales-case-
studies/ucan-go

Cadw's CGI dragon
www.cadw.gov.wales/about/news/
caerphilly-dragon-unleashed-to-
support-wales/?lang=en

All-Wales Digital Library Service
www.libraries.wales/my-digital-
library

National Theatre Wales community
www.community.nationaltheatre
wales.org

The last 10 years have seen unprecedented growth in digital channels and a proliferation of online content. In the culture sphere, mobile phones, webcams and computer software have democratized the means of production. Now, everyone is a potential author, musician or filmmaker. Technology is getting smaller, cheaper, more powerful, and more personal; it is changing how we consume content, and offering new ways for exchanging views, ideas and content.

The Welsh Government, and others like the Arts Council of Wales through its Digital Innovation Fund, are incentivizing new ways of harnessing the power of digital, whilst libraries and community centres are helping people to access digital culture, and acquire digital expertise.

## Media and broadcasting

The role of the public service broadcasters in Wales is particularly important, due to the weakness of the print media sector. Unfortunately there is limited coverage of Welsh public life and society – including culture – in the UK newspapers and on the UK broadcast services which comprise the main media outlets in Wales.

EXHIBIT A



The portrayal of Wales in UK media does not reflect the cultural diversity and richness of our nation. The public service broadcasters have a crucial role in reflecting and enhancing the culture of Wales, in both English and Welsh. It is crucial that this continues, but also that provision is increased. The new BBC Charter gives the BBC a stronger public purpose to reflect, represent and serve the diverse communities of Wales; it also reaffirms its partnership with S4C and provides a strong financial settlement in relation to the licence fee element of S4C's funding, which is vitally important for S4C to continue to develop its services.

Looking ahead, we should press for more and better content and programming made for Wales, in Wales and about all aspects of Welsh life, including our culture and heritage. Important partnerships have been developed during recent years and this needs to be extended to other bodies. The Memorandum of Understanding between the Arts Council of Wales

and S4C has provided a platform for the two organisations to identify and co-invest in creative talent that works in the medium of Welsh, as well as finding new ways for artistic events and projects to find audiences.

Similarly, the Public Value Partnership agreed between BBC Cymru Wales and our Arts Council provides opportunities to identify and nurture creative talent, encourage the commissioning of new work, and to grow digital and craft skills across the creative sector.

**Examples**

**Y Gwyll / Hinterland**
www.s4c.cymru/en/drama/y-gwyll

**Coast and Country**
www.itv.com/walesprogrammes/coast-and-country

**Fferm Factor**
www.s4c.cymru/en/entertainment/fferm-ffactor

EXHIBIT A

21

Light Springs through the Dark: A Vision for Culture in Wales. December 2016

# What more needs to be done? How can we monitor progress?



To get to where we wish to be will require action, investment and collaboration by national and local government, by the sponsored bodies, and by the many different parts of 'the culture family'. This section summarises the actions the Welsh Government will take, but also what we will encourage others to do, to help the culture sector to thrive and develop over the coming period. Finally, we describe how we will we monitor and evaluate the progress that is being made.

## What the Welsh Government will do

We will deliver our new programme commitments for Culture, which include a number focused on tackling disadvantage, health, education, and economic development – see Annex 1 which details our new commitments.

## In addition to our published programme, we will

- Encourage local authorities to make the case for culture, and work with them, and other partners, to identify more equitable ways to fund regional and national facilities.

- Press the UK Government for a full replacement of EU funds beyond 2020, including monies that have been available to support culture, including Creative Europe, Erasmus +, etc.

- Make greater use of our 'soft power' by continuing to promote international cultural exchange, and where appropriate, by using our cultural resources to support our efforts to promote overseas trade and inward investment.

EXHIBIT A

- Do more to promote cultural tourism and the major events that invigorate cultural life.

### What we expect from others

The Well-being of Future Generations Act 2015 calls on us to work in collaboration with others to help us meet our well-being objectives. This way of working will be key to achieving the goals within this statement – we need to work collaboratively with our partners in local government, our sponsored bodies, and those working in the culture sector. We look to all of them to help us with this agenda, in the following ways:

### Local government

Local government support for culture is vital, not just to avoid cuts and closures, but for maintaining the well-being of their communities. We urge authorities to respond positively, by:

- Using the duties within the Well-being of Future Generations Act as the basis, articulating and leading a local strategy for culture that provides a framework for co operation in which individuals, organisations and institutions can achieve outcomes together.

- Consulting and engaging with their communities before taking major decisions about the future ownership, management or continued operation of cultural services and facilities.

- Enabling the creative use of public assets for social purposes, in ways that do not drive up their hard pressed revenue budgets.

### Sponsored Bodies and Lottery Distributors

The Arts Council of Wales, the National Library of Wales, National Museum Wales, the Welsh Books Council and the Royal Commission on the Ancient and Historical Monuments of Wales, all have a key part to play as funders and enablers, as does the Heritage Lottery Fund and, to a lesser but still significant extent, the Big Lottery Fund. We look to these bodies to:

- Facilitate a greater contribution by the Culture sector to tackling poverty, and to supporting the health and social care, education, equalities, regeneration and skills and employment agendas.

- Encourage the culture sector to be more proactive in pursuing new forms of income, in developing their business and marketing skills, and in exploiting digital technology. As part of this, these agencies should review and refine their fundraising and business advice services, to help the sector to diversify its income base.

- Work together to develop more innovative and collaborative approaches towards investment in culture; for example, ways in which Lottery distributors might co-fund cultural and place-based regeneration projects.



## Cultural organisations

We hope the culture sector will respond positively to all the themes within this Statement, but there are several key areas where we look to it to respond.

We look to cultural organisations to:

- Help to persuade more people to enjoy and take part in creative activity, to help Wales become the most creatively active nation in Europe, and to contribute to our programme of open access to cultural opportunities for young people.

- Work to improve their sustainability, reach and resilience by developing their commercial, marketing and fundraising capacity, and by working to fully exploit the potential of digital technology, including the virtual audience (through live-streaming, webinars, etc).

- Work with partners to enhance the visitor experience at our cultural attractions. Assist Visit Wales, and others to develop more opportunities for 'cultural tourism'.

- Contribute to regeneration programmes, including the Cardiff Capital and Swansea Bay city regions, the Valleys Taskforce and the Mersey-Dee growth deal, by working in partnership with local authorities, other cultural bodies, and other stakeholders.

- Work with health boards and health professionals to develop more well-being and preventative health initiatives.

- Contribute to 'Fusion', our national programme for tackling poverty through culture, and 'Creative Learning through the Arts', our national programme for increasing cultural opportunities in schools and improving pupils' attainment through creativity.

## Monitoring and evaluation

It will be important to monitor and evaluate the progress being made in implementing the goals set out in this Statement. Almost by definition, some cultural activities, and the outcomes from them, are difficult to measure objectively.

Nonetheless, we recognise the need to improve the evidence base on the effectiveness of cultural interventions, especially where these contribute to key policy areas such as health, education and the economy. In order to do this, we will:

- Monitor and report on progress against the actions in this Statement.

- Develop a coordinated Research, Evidence and Evaluation Plan for Culture in Wales, led by Welsh Government, incorporating the commissioning of culture related research. This will draw together the research and evaluation work of Welsh Government and its sponsored bodies, to inform cultural policy making.

EXHIBIT A

Light Springs through the Dark: A Vision for Culture in Wales. December 2016

# Welsh Government programme commitments for Culture

## ANNEX 1



## PROSPEROUS & SECURE

### Commitments

We will exploit the unparalleled success of the Creative Industries in Wales to promote the country across the UK and the world.

We will set up 'Creative Wales' to support the sector in Wales. In doing so, we will aim to sustain at least 850 jobs and £40 million a year in production expenditure.

We will build on the unprecedented success of the Year of Adventure by designating 2017 as the 'Year of Legends'. We will exploit 2018 as 'the Year of the Sea', in order to invest in our seaside towns.

We will ensure closer collaboration with the education sector, to ensure a constant pipeline of skills to support the creative industries sector's growth.

We will promote the work of the Llangollen International Musical Eisteddfod in bringing together different nations.

### Other related work

We will look to develop more cultural tourism routes and trails, by investing in the visitor experience, and accommodation provision, at our landmark cultural attractions.

EXHIBIT A

25

We will work to develop and exploit virtual, off-site, digital audiences for major events, for example through live-streaming and webinars, and identify and develop opportunities for establishing new 'Made in Wales' events.

We will work to facilitate an appropriate contribution by the culture sector to the regeneration of the Cardiff Capital and Swansea Bay city regions.

We will develop our relationship with the British Council, Wales Arts International and Visit Britain, to ensure that we maximise the opportunities to promote Welsh culture overseas; ensure that Wales has appropriate representation in relevant UK initiatives.

## HEALTHY & ACTIVE

### Commitments

We will introduce a new Wales Well-being Bond aimed at improving mental and physical health.

We will continue to work to end the stigma of mental illness and work with schools, employers and other partners to improve well-being at work, in education and in our communities.

## AMBITIOUS & LEARNING

### Commitments

Create a minimum of 100,000 high quality all age apprenticeships.

Set new conditions of funding for sports and cultural organisations that receive public monies to support young people from deprived backgrounds.

Extend our programme of open access to cultural opportunities for young people.

We will create and help to capitalise a National Endowment for Music, to help young people to realise their musical potential.

### Other related work

We will continue and consolidate, the work under our 5-year, £20 million initiative, 'Creative Learning Through the Arts'. We will support schools in the delivery of the new curriculum and in the development of more creative teaching methodologies.

## UNITED & CONNECTED

### Commitments

We will seek to increase investment in the arts by creating a Challenge Fund, initially for arts and sports organisations, to match fund their projects and to fuse creativity and digital exploitation.

We will create 'Historic Wales' to enhance the commercial functions of the Welsh heritage sector and promote the relevance of national institutions to people's lives.

Working with partners, we will create the 'A55 Culture Corridor', promoting the tourism value of our world-class castles, mountains, coast, towns and countryside, and turning it in to one of the major cultural routes in Europe.

Invest more than £1 million each year in the continued transformation of our libraries and local museums.

We will carry out feasibility studies on establishing a National Art Gallery, and a Football Museum in North Wales – reflecting our agreement with Plaid Cymru on the draft budget for 2017/18.

We will look to offer three-year funding settlements, in order to give a greater degree of security and certainty to

EXHIBIT A

national sponsored bodies, such as Arts Council Wales and Sport Wales with the caveat that our spending power is dependent on what the UK Government offers Wales.

We will continue to work with the National Eisteddfod, as one of the premier cultural events in Europe, on modernisation and marketing.

We will press for fair funding of public service broadcasting through the medium of Welsh and English.

We will place a particular focus on supporting community crowdfunding projects as a means of promoting Wales as a destination, encouraging digital literacy and growing the digital economy.

We will explore the options for supporting online and print media.

**Other related work**

We will strengthen the Fusion programme by focussing on activities that promote pathways into employment.

We will implement the provisions of the Historic Environment (Wales) Act 2016 and the associated advice and guidance that will provide more effective protection to listed buildings and scheduled monuments; improve the sustainable management of the historic environment; and introduce greater transparency and accountability into decisions taken on the historic environment.

We will continue to support Community Asset Transfers as a way of placing important local facilities into the hands of local people.

We will press for more and better broadcasting content, and programming, made for Wales, in Wales and about all aspects of Welsh life, including our culture and heritage.





EXHIBIT 7A

## Image Credits

Amgueddfa Cymru China (p.10)

Arts Alive Wales, Portfolio (image: Toril Brancher, p.22)

Awr Ddaear/Earth Hour, Head4Arts
(image: Mark Lewis, WWF Cymru, p.13)

BBC Roath Lock, Front View (image: Betina Skovbro, p.07)

Big Splash, The Riverfront (image: Creative Fez, p.01)

Cadw Cadwraeth Cymru, Crown Copyright (images: p.14)

Cynefin Project, National Library of Wales (p.19)

DilynFi, Cwmni'r Frân Wen (image: Geraint Thomas, p.27)

Dylan Thomas 100, Writing Shed
(image: Literature Wales, p.08)

Ensemble Cello, Canolfan Gerdd William Mathias
(image: Geraint Thomas Panorama, p.05)

Expressions Associates Dance Company, Artis Community
(image: SpringBox Photography, p.26)

Family Matinee for BBC Get Creative in March 2016,
National Dance Company Wales
(image: Catherine Gomez, p.05)

FiDiFi, Cwmni'r Frân Wen (image: Kristina Banholzer, p.11)

From the Station to the Sea, Coastal Housing and Volcano
Theatre (p.23)

Green Man Festival (image: Jenna Foxton/Fanatic, p.07)

Hinterland, by kind permission of S4C (image: Warren
Orchard, p.21)

Jambyls, Eisteddfod yr Urdd 2016 (image: Irfon Bennett,
p.18)

Only The Brave, Wales Millennium Centre
(image: Helen Maybanks, p.05)

Pontio Open Day (image: Iolo Penri, p.18)

Silly Kings audience (image: National Theatre Wales, p.20)

Singing and Dementia (image: Betsi Cadwaladr University
Health Board Communications, p.12)

TEAM (image: National Theatre Wales, p.20)

The Company of Trees, Helen Sear,
Wales in Venice 2015 (p.06)

Unusual Stage School DAC (image: Rachel Stelmach, p.17)

What Is Craft? (image: Ruthin Craft Centre, p.16)

Welsh Language Writing Group DAC (p.27)

Mae'r ddogfen yma hefyd ar gael yn Gymraeg.
This document is also available in Welsh.

OGL © Crown copyright 2016    WG30393
Digital ISBN 978-1-4734-8316-3

EXHIBIT A

**Visit Wales Image Centre**
Creative Services Dept.
Welsh Government
QED Centre
Main Avenue
Treforest Industrial Estate
Rhondda Cynon Taf
CF37 5YR

Llywodraeth Cymru
**Welsh Government**

**Visit Wales - Standard Imagery End User Licence Agreement (VW-SIEULA)**

<u>**PLEASE READ CAREFULLY BEFORE USE OF IMAGES - THE FOLLOWING IS
LEGALLY BINDING**</u>

Visit Wales hereby grants you a one-time, non-exclusive licence to reproduce photographic
imagery from our collection.

The photographic imagery accompanying this licence may be used without charge, strictly for
the promotion and marketing of tourism and / or inward investment to Wales.

All provided imagery is Crown copyright and is reproduced with the permission of Visit Wales
under delegated authority from the Controller of HMSO.

If used, imagery must be credited as "© **Crown copyright (2014) Visit Wales**": this caption
must appear either alongside the image(s) or within a 'credit section' within the article or
publication in question.

Imagery can only be used for the specific purpose for which it was originally requested and
files must not be stored or reused, for any other purpose, without specific prior agreement
from the Visit Wales Image Centre.

Any other use of the imagery (including, but not restricted to, promotion of non-tourism
related, non-inward investment related or commercial products, or defamatory or obscene
use) is strictly prohibited.

Resale or redistribution of any Visit Wales / Crown copyright imagery is expressly prohibited.

Any prohibited use of Visit Wales / Crown copyright imagery is punishable under UK,
European & international law.

Use of imagery indicates acceptance of all of the above.

Regards

**Visit Wales Image Centre**

**E-bost/E-mail:** <u>requests@walesonview.com</u>
**Ffon/Tel:** 0300 061 6101 / 6103 / 6107
**Ffacs/Fax:** 0300 061 5706

Exhibit 6

**EXHIBIT B**

DUBLIN METROPOLITAN DISTRICT

District No.

Record number: 2015 / 004360

Between:

## PABLO STAR MEDIA LIMITED
Claimant

-v-

## THE WELSH MINISTERS
Respondent

### JUDGMENT (DISMISS)

IT APPEARING TO THE COURT that a claim notice was issued by the Claimant against the Respondent on 16th July 2015 and duly served on the Respondent The Welsh Ministers of Cathays Park, Cardiff, Wales claiming damages not exceeding €15,000 for copyright infringement and costs

AND the Respondent's Notice of Motion coming on for hearing at the sitting of the Court for the hearing of civil proceedings held at Court 23, Áras Uí Dhálaigh, Inns Quay, Dublin 7 on the 21st day of January 2016 in the presence of the Claimant and the Respondent

AND having read the pleadings and affidavits filed herein

AND having heard the evidence and submissions of the Claimant and the Respondent

AND IT APPEARING TO THE COURT that the Respondent's application in the terms of its Notice of Motion dated the 16th November 2015 should be allowed and the proceedings dismissed

AND WHEREAS the Respondent's Notice of Motion being mentioned before the Court for the hearing of civil proceedings held at Court 23, Áras Uí Dhálaigh, Inns Quay, Dublin 7 on the 10th day of March 2016 in the presence of the Respondent AND IT APPEARING TO THE COURT that the Respondent is entitled to recover the sum of €1,500 for costs against the Claimant

IT IS THEREFORE ORDERED AND DECREED that the Claimant's Claim Notice be and the same is hereby DISMISSED and that the Respondent recover against the Claimant the sum of €1,500 for costs

AND all Sheriffs and County Registrars are hereby commanded to take in execution the goods of the Claimant to satisfy the said costs.

Dated this 2 day of ... 12th ... 2016

Signed: ...............................................

JUDGE OF THE DISTRICT COURT

**EXHIBIT C**

## NOTICE OF MOTION



DUBLIN METROPOLITAN DISTRICT

Record number: 2015 / 004360

Between:

### PABLO STAR MEDIA LIMITED
Claimant

-v-

### THE WELSH MINISTERS
Respondent

On the Application of The Welsh Ministers, Respondent

TAKE NOTICE that the Respondent in the above proceedings will apply to the District Court sitting at Court No. 2.3.., Aras Ui Dhalaigh, Inns Quay, Dublin 7 on the 17ᵗʰ day of December.. 2015 at .10:30.. a.m. (the "return date") for the following Orders:

1.  An Order pursuant to the inherent jurisdiction of this Honourable Court setting aside the Claim Notice and its service;

2.  Further and in the alternative, an Order staying or dismissing the proceedings herein on the grounds that this Honourable Court does not have jurisdiction to hear and determine the same;

3.  Further and in the alternative an Order pursuant to Regulation (EU) No. 1215/2012 of the European Parliament and of the Council declaring that this Honourable Court has no jurisdiction to hear and determine these proceedings;

4.  Such further or other Order as to this Honourable Court shall seem fit;

5.  An Order providing for the costs of this Application.

The application is supported by this Notice of Motion, the Affidavit of Robin Hayes sworn on the 16ᵗʰ day of November 2015, the exhibits referred to therein and such further or other evidence as may be adduced, the nature of the case and the reasons to be offered.

**EXHIBIT C**

Signed.....*Whitney Moore*.....

WHITNEYMOORE
Solicitors
Wilton Park House
Wilton Place
Dublin 2
Solicitor for the Respondent


TO: Pablo Star Media Ltd
The Claimant
of Suite 31.
20 Harcourt Street,
Dublin 2


And to: District Court Clerk at District Court Civil Office, First Floor, Áras Uí Dhálaigh, Inns Quay, Dublin 7




This notice of motion was filed with the Clerk of the District Court at the Dublin District Court Civil Office, First Floor, Aras Ui Dhalaigh, Inns Quay, Dublin 7 on the 16th day of November 2015 by Whitney Moore Solicitors on behalf of the Respondent issued returnable to the return date given above.

Filed this ...16th.... day of November 2015.

EXHIBIT C

DUBLIN METROPOLITAN DISTRICT

Record number: 2015 / 004360

**PABLO STAR MEDIA LIMITED (IRELAND)**
Claimant

-v-
**THE WELSH MINISTERS**
Respondent

Respondent

## <u>NOTICE OF MOTION</u>

Whitney Moore
Solicitors
Wilton Park House
Wilton Place
Dublin 2
Ref: RH

3

EXHIBIT C

DUBLIN METROPOLITAN DISTRICT          District No.

Record number: 2015 / 004360

On the Application of The Welsh Ministers, Respondent

Between:

**PABLO STAR MEDIA LIMITED**

Claimant

**THE WELSH MINISTERS**

Respondent



**AFFIDAVIT OF ROBIN HAYES**

(MOTION CONTESTING JURISDICTION)

I, **ROBIN HAYES**, solicitor of Wilton Park House, Wilton Place, Dublin 2, aged eighteen years and upwards **MAKE OATH AND SAY** as follows:

1.    I am a solicitor in the firm of Whitney Moore Solicitors, which firm is instructed by the Respondent in the above entitled proceedings. I make this Affidavit on behalf of the Respondent with its full consent and authority.  I do so from facts within my own knowledge, save where otherwise appears, and where so appears I believe the same to be true and accurate.

2.    I make this Affidavit in support of the Respondent's application for the relief sought in the Notice of Motion herein, namely an Order setting aside the service of the Claim Notice (and/or notice thereof) on the Respondent and/or an Order pursuant to the inherent jurisdiction of this Honourable Court staying these proceedings and/or a declaration that this Court does not have jurisdiction and other Orders for similar reliefs.

3.    For the reasons more particularly set out below, and as will be elaborated upon in legal submission to this Honourable Court, and in further affidavit evidence if required, I say and believe that this Honourable Court does not properly have jurisdiction or

EXHIBIT C

competence to hear and determine Pablo Star Media Ltd's (**"Pablo Star"**) claim in these proceedings for the reason that the Respondent is entitled to sovereign immunity from suit.

**Background**

4.    In these proceedings Pablo Star seeks damages for infringement of copyright in Ireland.  The copyright infringement claim relates to two photographs featuring the Welsh-born poet Dylan Thomas, called "Just Married" and "Penard", taken by his friend, photographer Vernon Watkins.  The Respondent has entered a conditional Appearance solely to contest jurisdiction and assert immunity.

5.    It is alleged that the Respondent infringed Pablo Star's copyright in the "Just Married" photographic work when in 2013 the Respondent allegedly copied the work without valid permission and placed a "derivative" of it in its travel promotion brochure 'Wales View 2014' and on its marketing website 'www.visitwales.com'.  It is further alleged that the Respondent offered the work for *"paid licence to global media outlets and other parties"*.

6.    In relation to the "Penard" photographic work, it is alleged that the Respondent infringed copyright when in about February 2014 it copied the work and then placed an edited version of it on its marketing website 'www.Americas.VisitWales.com' where, the Claimant alleges, *"it was used as part of promotional content to encourage commercial tourism to Wales"*.

7.    Pablo Star seeks an award of €15,000 in respect of the damage caused by these alleged infringements in Ireland.

8.    In its Claim Notice and Certificate of Jurisdiction, both dated 16th July 2015, the Claimant asserts that this Court has jurisdiction pursuant to Article 26(1) of Council Regulation (EC) No. 1215/2012 (the **"Recast Brussels Regulation"**). Article 26(1) of the Recast Brussels Regulation provides that a court of a Member State before which a defendant enters an Appearance shall have jurisdiction however Article 26 further provides that this rule shall not apply where the appearance was entered to contest jurisdiction. I beg to refer to a copy of the conditional Appearance entered by the Respondent to these proceedings on 26th August 2015 when produced.  The Appearance states on its face that it is being entered solely for the purpose of contesting jurisdiction.

2

EXHIBIT C

9.   The Claimant also refers in its Claim Notice and Certificate of Jurisdiction to Article 5(3) of the 'old' Brussels 1 Regulation [i.e. Council Regulation (EC) No. 44/2001].

10.  In any event, Article 1 of the Recast Brussels Regulation provides as follows:

"This Regulation shall apply in civil and commercial matters whatever the nature of the court or tribunal. **It shall not extend**, in particular, to revenue, customs or administrative matters or **to the liability of the State for acts and omissions in the exercise of State authority (*acta iure imperii*)**" (emphasis added).

11.  If this Honourable Court accepts that the impugned activity was done within the sphere of governmental or sovereign activity (acta iure imperii), then the effect of Article 1 is that the Recast Brussels Regulation has no application in these proceedings and the Claimant would therefore have failed to disclose any basis for this Court assuming jurisdiction over the Respondent.  However, there is a much older line of authority than the Recast Brussels Regulation to the effect that this Court should not assert jurisdiction over the Respondent because the Claimant has commenced proceedings in Ireland against the sovereign government of another country and that under the principle of sovereign immunity the Irish courts cannot assert jurisdiction over another country provided that a) there has been no submission to the Irish jurisdiction and b) that the impugned activity was done within the sphere of governmental or sovereign activity.

**The Welsh Ministers**

12.  The Welsh Government is a political subdivision of the United Kingdom, which granted certain limited powers to the National Assembly for Wales and to an executive body, the Welsh Government.  Under the Government of Wales Act, 2006 the Welsh Government is comprised of the First Minister, the Welsh Ministers (i.e. the Respondent herein), the Counsel General and the Deputy Welsh Ministers.

13.  The Welsh Government has authority over, amongst other things, economic development and tourism promotion. To fulfil its responsibilities, the Welsh Government prepared a strategy and action plan. I beg to refer to a copy of the said strategy and action plan upon which marked "**RH1**" I have signed my name prior to the swearing hereof. The strategy was to primarily focus on domestic tourism from Great Britain.  It also concluded that international visitors "have been of lower importance for Wales" but the Welsh Government would seek to encourage tourism from Germany, Ireland, the United States and Canada. The action plan focused on using digital

3

EXHIBIT C

content and websites to achieve its goals and to increase media coverage of Wales as an appealing tourist destination. Events and festivals, such as the 'Dylan Thomas 100 Festival' held over the course of 2014 to mark the centenary of the poet's birth and intended to draw tourists from all over the world, are another cornerstone of the Welsh Government's tourism strategy.

14. 'Visit Wales' is a part of the Welsh Government and is not a separate legal entity. It is merely the name of the administrative division of the Welsh Government charged with carrying out the government's policy to promote tourism to Wales. 'Visit Wales' maintains a website at the domain name 'www.visitwales.com' the main purpose of which, as the name suggests, is to promote tourism to Wales.  The other website referred to in the Claim Notice, in relation to the alleged infringement of the "Penard" photographic work, namely www.Americas.VisitWales.com' is also operated by 'Visit Wales' and is directed mainly at the American tourism market.

15. The Welsh Government did not itself offer for sale or sell any copies of the two photographic works in issue in this case, contrary to what is stated at paragraph 5 (a) of the Claim Notice.

**Immunity from suit**

16. I say and believe that as a political subdivision of a foreign state, the Welsh Government (including the Welsh Ministers, the Respondent herein) is immune from suit.  The Irish Supreme Court has held that if the activity called in question before a court in this State truly touches upon the actual business or policy of the foreign government which is sought to be impleaded then immunity should be accorded to such activity.  At issue is whether the relevant act should be considered as having been done within the sphere of governmental or sovereign activity.  I say and believe that the impugned activity – the putting up by the Respondent of photographs / images on the 'Visit Wales' websites for the purpose of promoting Wales and tourism to Wales and authorising others to use the photograph/image for the same purpose free of charge - falls squarely within the 'governmental/public acts' category, as opposed to the 'commercial/private acts' category, and that accordingly sovereign immunity from suit may be relied on by the Respondent in these proceedings.

17. The Welsh Government here did not use the photographs for profit but to encourage economic development and tourism in Wales. Any commercial motive is belied by its own Standard Imagery End User License Agreement, which expressly provides that any licensed image may **not** be used for "promotion of non-tourism related, non-inward

EXHIBIT C

investment related or [for] commercial products." I beg to refer to a copy of the said licence agreement upon which marked "RH2" I have signed my name prior to the swearing hereof.

18. Of course, there is an alternative available to the Claimant (which the Respondent has referred to in correspondence already sent to the Claimant) which is that the Claimant could bring a single consolidated action in the United Kingdom for all claims of infringement alleged against the Respondent and those it has authorised. I say and believe that damages on a global basis in respect of all such alleged infringements could be sought in that single action. The Respondent could not assert sovereign immunity in such an action. The U.K. is the jurisdiction in which the Claimant is itself incorporated and where most, if not all, of the witnesses are located including Gwen Watkins, the widow of Vernon Watkins, from whom the Claimant's predecessor in title (Pablo Star Limited) allegedly acquired the copyright in the "Just Married" and "Penard" photographic works in 2011 and Jeff Towns, who acquired the right to exploit the copyrights from Gwen Watkins, before her alleged assignment of them to Pablo Star Limited. In this regard your deponent wrote to the Claimant on 23rd October 2015 inviting it to discontinue the action and issue proceedings in the UK however the Claimant has declined to do so.  I beg to refer to a copy of the said letter upon which marked "RH3" I have signed my name prior to the swearing hereof.

19. In the circumstances I beg this Honourable Court for Orders in the terms of the notice of motion herein.

SWORN by ROBIN HAYES this 16 day of November   2015   at 3.6. ............... ............... ............... in the City of Dublin before me a Practising Solicitor and I personally know the Deponent.

Practising Solicitor [ANTHONY SHEIL]

This affidavit is filed with the Clerk of the District Court at the District Court Civil Office, First Floor, Áras Uí Dhálaigh, Inns Quay, Dublin 7 on the ..... day of November 2015 by Whitney Moore Solicitors on behalf of the Respondent in the above proceedings.

Filed this 16th day of November 2015

5

EXHIBIT C

WE CERTIFY THAT THIS PHOTOCOPY
IS A TRUE COPY OF THE ORIGINAL
DOCUMENT

Signed *Nicholas Moore*

WHITNEY MOORE SOLICITORS

# DUBLIN METROPOLITAN DISTRICT

Record number: 2015 / 004360

Between:

**PABLO STAR MEDIA LIMITED**

Claimant

**THE WELSH MINISTERS**

Respondent

### AFFIDAVIT OF ROBIN HAYES

Whitney Moore
Solicitors
Wilton Park House
Wilton Place
Dublin 2
Ref: RH

6

EXHIBIT C