**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PABLO STAR LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE WELSH GOVERNMENT, *et al.*, <br><br> Defendants. | Civil Action No. 15-CV-1167 |

**DECLARATION OF RICHARD J. OPARIL IN SUPPORT OF REPLY MEMORANDUM**

I, Richard J. Oparil, declare as follows:

1. I have personal knowledge of the facts stated herein and if called upon to do so, I could truthfully and competently testify thereto.

2. I am a principal with the law firm of Porzio, Bromberg & Newman P.C. I am a member of the District of Columbia and New York Bars and the Bar of this Court. I represent defendants Welsh Government and Tribune Content Agency, LLC.

3. I conducted a search of the website of the United Kingdom's Companies House on January 1, 2019. Companies House, incorporates and dissolve limited companies. It registers company information and make it available to the public. Companies House is an executive agency of, sponsored by the U.K. Government's Department for Business, Energy & Industrial Strategy.

4. On March 20, 2018, the Registrar of Companies gave notice that plaintiff Pablo Star Media Ltd. would be dissolved. On May 6, 2018, Pablo Star Media Ltd. was dissolved. As such, all rights and property belonging to that company – including the two copyrights at issue

4115567

here – now belong to the Crown. Ex. 1 hereto is true and correct copies of the dissolution documents.

5.  Pursuant to FRE 201, the Welsh Government respectfully requests that the Court take judicial notice of the official records at Ex.1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 2, 2019  _____
  Richard J. Oparil



Companies House
Crown Way
Cardiff, CF14 3UZ

T  02920380035
E enquiries@companieshouse.gov.uk
Twitter @CompaniesHouse
DX  33050 Cardiff

www.gov.uk/companieshouse

THE DIRECTORS
PABLO STAR MEDIA LIMITED
KEMP HOUSE  152-160 CITY ROAD
ENGLAND
LONDON
EC1V 2NX

Date: 20/03/2018
Ref:   DEF6/09039350

**Companies Act 2006 (Section 1000(3))**

The Registrar of Companies gives notice that, unless cause is shown to the contrary, at the expiration of 2 months from the above date the name of

PABLO STAR MEDIA LIMITED

will be struck off the register and the company will be dissolved.

Upon dissolution all property and rights vested in, or held in trust for, the company are deemed to be bona vacantia, and accordingly will belong to the crown.

## FILE COPY



*D4DOM1ER9J*

Companies House is an Executive Agency of the Department for Business, Innovation and Skills (BIS)

EX. 1

# DISSOLVED

09039350    PABLO STAR MEDIA LIMITED

This Company was dissolved on  05/06/18



*DHXYS2ETLB*

C25C

1
dc2
HC003

EX. 1