IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO STAR LTD., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE WELSH GOVERNMENT, *et al.*,<br><br>Defendants. | Civil Action No. 15-CV-1167-JPO |

## NOTICE OF APPEAL BY DEFENDANT WELSH GOVERNMENT

Notice is hereby given that defendant Welsh Government hereby appeals to the U.S. Court of Appeals for the Second Circuit from the District Court's Opinion and Order entered in this case on March 29, 2019 (Dkt. No. 125), denying the Welsh Government's motion to dismiss based on the Foreign Sovereign Immunities Act, and from all interlocutory orders inextricably intertwined with or necessary to ensure meaningful review of the immediately appealable issue.

Dated: April 29, 2019

Of Counsel:

Kevin M. Bell
Caroline C. Maxwell
PORZIO, BROMBERG & NEWMAN P.C.
1200 New Hampshire Ave. NW, Suite 710
Washington, DC 20036
(202) 517-1888
(202) 517-6322 (fax)

Respectfully submitted,

/s/ Richard J. Oparil
Richard J. Oparil (RO9269)
PORZIO, BROMBERG & NEWMAN P.C.
1200 New Hampshire Ave. NW, Suite 710
Washington, DC 20036
(202) 517-1888
(202) 517-6322 (fax)

Attorneys for Defendant
Welsh Government

4196519

## **CERTIFICATE OF SERVICE**

The foregoing notice of appeal served on counsel of record on April 29, 2019 through the Court's ECF system.

/s/ Richard J. Oparil
Richard J. Oparil
