IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO STAR LTD.; PABLO STAR MEDIA LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE WELSH GOVERNMENT; VISIT WALES; GRACENOTE d/b/a TRIBUNE MEDIA SERVICE; TRIBUNE CONTENCT AGENCY, LLC, <br><br> *Defendants*. | Case No. 15-cv-1167 (JPO) <br><br> Hon. J. Paul Oetken <br><br> ECF Case <br> Electronically Filed |

## STIPULATION AND JOINT REQUEST FOR SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE,** that upon this Stipulation, Plaintiffs Pablo Star Ltd. And Pablo Star Media Ltd. (together "Plaintiffs") and Defendants The Welsh Government and Visit Wales (together "Defendants"), by and through undersigned counsel for the parties herein, do hereby stipulate to and jointly request as follows:

**WHEREAS**, the United States Court of Appeals for the Second Circuit affirmed the decision of this Court and issued its Mandate on June 29, 2020 (Dkt. No. 144); and

**WHEREAS**, the Supreme Court of the United States denied Defendants' petition for a writ of certiorari (U.S. Supreme Court Docket #20-640) and issued notice of its denial to the Court of Appeals on January 11, 2021;

**IT IS HEREBY STIPULATED** by and between the Parties, subject to Court approval, that:

- that Defendants shall serve their Answer to the Second Amended Complaint (Dkt. No. 99) no later than February 10, 2020;

- the Parties shall complete their Initial Conference and file their Joint R. 26(f) report no later than <u>February 19, 2021</u>; and

- the Parties jointly request that the Court set a scheduling conference in this matter at the Court's earliest convenience.

DATED: February 5, 2021

McCulloch Kleinman Law

*/s/ Kevin McCulloch*

Kevin P. McCulloch
kevin@mkiplaw.com
501 Fifth Avenue, Suite 1809
New York, New York 10017

*Attorney for Plaintiffs*

> The Clerk of Court is directed to reopen this case.
> The proposed schedule is so ordered.
> Counsel for the parties are directed to attend a telephonic initial pretrial conference on Thursday, February 25, at 12:00 p.m., by dialing (888) 557-8511 and entering access code 9300838.
> So ordered:  2/8/2021

Arnall Golden Gregory LLP

*/s/ Richard Oparil*

Richard J. Oparil
Richard.Oparil@agg.com
1775 Pennsylvania Ave. NW
Ste 1000
Washington, DC 20006

*Attorney for Defendants*

_____
J. PAUL OETKEN
United States District Judge

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  _____

Hon. J. Paul Oetken
United States District Judge