UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PABLO STAR, LTD.,

                      Plaintiff,

      -against-

THE WELSH GOVERNMENT,

                    Defendant.
-----------------------------------------------------------------X

15-CV-01167 (JPO)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On Thursday, February 25, 2021, the Honorable J. Paul Oetken re-referred this matter to my docket for settlement. The parties are directed to contact Courtroom Deputy Rachel Slusher via email at Rachel_Slusher@nysd.uscourts.gov by Friday, March 05, 2021, to schedule a settlement conference. In light of Judge Oetken's order, the parties should identify three (3) mutually convenient dates before May 26, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 26, 2021
                New York, New York