UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

PABLO STAR, LTD.,

                                                **Plaintiff,**

-against-

THE WELSH GOVERNMENT,

                                                **Defendant.**

----------------------------------------------------------------X

15-CV-01167 (JPO)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2021

**SARAH NETBURN, United States Magistrate Judge**:

The settlement conference scheduled for today, May 5, 2021, is ADJOURNED and is RESCHEDULED for June 15, 2021, at 10:00 a.m. The conference will be held telephonically, and the Court will provide dial-in information by email before the conference.

All deadlines set in the February 25, 2021 Civil Case Management Plan and Scheduling Order are extended by 40 days. See ECF No. 152.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 5, 2021
              New York, New York