UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PABLO STAR, LTD.,

                Plaintiff,           15-CV-01167 (JPO)(SN)

    -against-                  **ORDER**

THE WELSH GOVERNMENT,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the parties' continued settlement negotiations, all discovery deadlines are extended by 30 days.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    June 16, 2021
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021