# McCULLOCH | KLEINMAN

**INTELLECTUAL PROPERTY ATTORNEYS**

October 5, 2021

**VIA ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

     Re:  *Pablo Star Ltd., et al. v. The Welsh Government, et al.,* No. 15-cv-1167 (JPO)

Dear Judge Oetken,

This firm is counsel for Plaintiffs Pablo Star Ltd. and Pablo Star Media Ltd. ("Plaintiffs"). On September 3, 2021, the parties filed a status report advising the Court that they had reached a tentative settlement agreement that would resolve all claims in this action. (Dkt. No. 167.) The Court subsequently entered an order dated September 7, 2021 dismissing this action without costs and without prejudice to restoring to the Courts calendar, provided the application to restore is made within thirty days or October 7. (Dkt. No. 168.)

Plaintiffs, by and through undersigned counsel, hereby request that the Court extend the reinstatement deadline to <u>October 28, 2021</u>. The requested extension is necessary to give the parties additional time to finalize their written agreement and execute terms required thereunder, which have been delayed due to difficulties associated with working with a foreign government.

This is the first request for an extension of time related to this deadline.

                                    Respectfully submitted,

                                    Kevin McCulloch, Esq.
                                    501 Fifth Avenue, Suite 1809
                                    New York, NY 10017
                                    T: (212) 355-6050
                                    kevin@mkiplaw.com